DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone:  (907) 271-3699
Fax:   (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone:  (907) 271-5071
Fax:   (907) 271-1500
Email: steven.skrocki@usdoj.gov
Alaska Bar No. 0108051

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | **NOTICE OF RELATED CASE** |
| | ) | |
| v. | ) | |
| | ) | |
| ONE AERO VODOCHODY | ) | |
| ALBATROS L-39 AIRCRAFT, TAIL | ) | |
| NUMBER N405ZA, SERIAL | ) | |
| NUMBER 332647; | ) | |
| | ) | |
| ONE AERO VODOCHODY | ) | |
| ALBATROS L-39 AIRCRAFT, TAIL | ) | |
| NUMBER N394ZA, SERIAL | ) | |
| NUMBER 132033; | ) | |

|  |  |
|---|---|
| ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX150XX, SERIAL NUMBER 031617; | ) ) ) ) ) |
| ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX397ZA, SERIAL NUMBER 232412; | ) ) ) ) ) |
| ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX50XX, SERIAL NUMBER 931331; | ) ) ) ) ) |
| ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N120SW, SERIAL NUMBER 633911; | ) ) ) ) ) |
| ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX44307, SERIAL NUMBER 432917; and | ) ) ) ) ) |
| ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX61XX, SERIAL NUMBER 332520; | ) ) ) ) ) |
| Defendants. | ) ) |

COMES NOW Plaintiff United States of America, by and through counsel, pursuant to D. Ak. Local Rule 40.2, and hereby notifies the Court of a criminal case that is related to this civil forfeiture proceeding. The related criminal case was brought before the United

States District Court for the District of Alaska, titled <u>United States v. Robert F. Kane, a/k/a "Commander Kane", and Security Aviation, Inc.</u>, Case No. 3:06-cr-022-JWS, pursuant to a February 22, 2006 Indictment.  The criminal case is related to this civil forfeiture case because the Defendant Fighter Jets were seized from the Security Aviation hangar in Palmer, Alaska upon legal grounds involving the same "destructive devices" (rocket pod launchers). Assignment of both cases to the Honorable John W. Sedwick would likely be the most efficient use of judicial time and resources.

DATED this <u>10th</u> day of March, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

s/Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
Alaska Bar No. 0108051

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2006, a true and correct copy of the foregoing NOTICE OF RELATED CASE was served via Certified U.S. Mail, Return Receipt Requested, on:

Robert Bundy

Kevin Fitzgerald

Paul Stockler

Louise Ma
Two Embarcadero Center
Eighth Floor
San Francisco, CA 94111

Bernd Rehn
Ingenieurburo Dipl.-Ing. B. Rehn
Doberschutz/Am Loschteich 3/6
02694 Malschwitz
Germany

Mira Slovak
MS Aviation, Inc.
6926 Skyline Drive
Delray Beach, FL 33446


 s/James Barkeley