**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>UNITED STATES OF AMERICA</u> v. <u>ONE AERO VODOCHODY ALBATROS</u>
<u>L-39 AIRCRAFT, TAIL NUMBER</u>
<u>N405ZA,SERIAL NUMBER 332647,et al</u>

THE HONORABLE Ralph R. Beistline

Deputy Clerk                                    CASE NO. <u>3:06-cv-00057 RRB</u>

<u>Shari Fuhrer</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: March 10, 2006

    The above-referenced case is referred to Magistrate Judge Roberts for disposition or findings and recommendations as appropriate pursuant to D.Ak.LMR 4:

| | | |
|---|---|---|
| __ | (1) | Administrative Inspection warrants; |
| __ | (2) | Matters relating to nonpayment of seaman's wages; |
| __ | (3) | Habeas Corpus petitions initiated under 28 U.S.C. § 2254; |
| __ | (4) | Motions Attacking Sentence under 28 U.S.C. § 2255; |
| __ | (5) | Preferred ship mortgage foreclosures; |
| XX | (6) | Matters relating to the arrest, seizure or release of vessels and other property under the Supplemental Rules for Certain Admiralty and Maritime Claims; |
| __ | (7) | Maters relating to the enforcement of administrative subpoenas |

Revised 1/28/05