Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for Regional Protective Services, LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiffs,<br><br>vs.<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N405ZA, SERIAL NUMBER 332647;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N394ZA, SERIAL NUMBER 132033;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX150XX, SERIAL NUMBER 031617;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX397ZA, SERIAL NUMBER 232412;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX50XX, SERIAL NUMBER 931331;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N120SW, SERIAL NUMBER 633911; | Case No. 3:06-CV-00057-RRB<br><br>ENTRY OF APPEARANCE |

ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX44307, SERIAL NUMBER 432917; and

ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX61XX, SERIAL NUMBER 332520;

                        Defendants.

     Robert C. Bundy and Allen F. Clendaniel of Dorsey & Whitney LLP, hereby enter an appearance on behalf of Regional Protective Services, LLC, in the above-captioned matter. All pleadings, correspondence and other writings should be served as follows:

> Robert C. Bundy
> Allen F. Clendaniel
> Dorsey & Whitney LLP
> 1031 W. Fourth Avenue, Ste. 600
> Anchorage, Alaska  99501
> Phone:  (907)257-7853 or (907)257-7846
> Fax:  (907)276-4152

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

ENTRY OF APPEARANCE          UNITED STATES VS. ONE AERO VODOCHODY
                                                ALBATROS L-39 AIRCRAFT, TAIL NUMBER
                                                N405ZA, SERIAL NUMBER 332647, et al.
Page 2                                                            3:06-CV-00057-RRB

DATED this 15th day of March, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By: /s/ Robert C. Bundy
Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone: (907) 276-4557
Facsimile: (907) 276-4152

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on
the 15th day of March, 2006, a true and correct
copy of this document was served on the following:

| | |
|---|---|
| Steven E. Skrocki<br>James Barkeley<br>Assistant United States Attorney<br>Office of the United States Attorney<br>Criminal Division<br>222 W. 7th Avenue, #9<br>Anchorage, Alaska  99513-7567 | Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald, PC<br>813 W. 3rd Avenue<br>Anchorage, Alaska  99501-2001 |

Paul Stockler
1309 W. 16th Avenue
Anchorage, Alaska  99501

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

/s/ Robert C. Bundy
Robert C. Bundy, ABA #7206021
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
bundy.robert@dorsey.com

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

ENTRY OF APPEARANCE
Page 3

UNITED STATES VS. ONE AERO VODOCHODY
ALBATROS L-39 AIRCRAFT, TAIL NUMBER
N405ZA, SERIAL NUMBER 332647, et al.
3:06-CV-00057-RRB