Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for Regional Protective Services, LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiffs,<br><br>vs.<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N405ZA, SERIAL NUMBER 332647;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N394ZA, SERIAL NUMBER 132033;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX150XX, SERIAL NUMBER 031617;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX397ZA, SERIAL NUMBER 232412;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX50XX, SERIAL NUMBER 931331;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N120SW, SERIAL NUMBER 633911; | Case No. 3:06-CV-00057-RRB<br><br>VERIFIED STATEMENT OF INTEREST OF REGIONAL PROTECTIVE SERVICES, LLC |

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX44307, SERIAL NUMBER 432917; and

ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX61XX, SERIAL NUMBER 332520;

Defendants.

1. Pursuant to Rule C(6), Supplemental Rules for Certain Admiralty and Maritime Claims, Regional Protective Services, LLC ("RPS") asserts its demand for restitution and its right to defend the above-entitled action based upon its interest in the aircraft listed in the caption hereof.

2. RPS is owner of record of four of the aircraft listed above, specifically those aircraft bearing tail numbers N405ZA, N394ZA, NX397A and N120SW. RPS does not have title, but has paid in full for the other four aircraft listed in the caption hereof, specifically those aircraft bearing tail number N150XX, N50XX, NX44307, and NX61XX.

\\\\\\\\\\\\

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

VERIFIED STATEMENT OF INTEREST

UNITED STATES VS. ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N405ZA, SERIAL NUMBER 332647, et al.
3:06-CV-00057-RRB

Page 2

DATED this \_15\_ day of March, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By: _____
Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152

STATE OF ALASKA           )
                          ) §§
THIRD JUDICIAL DISTRICT   )

VERIFICATION

I have read the contents of the foregoing Statement of Right of Interest of Regional Protective Services LLC, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15TH day of March, 2006.

_____
Mark J. Avery, Chief Operating Officer
Regional Protective Services, LLC

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

VERIFIED STATEMENT OF INTEREST
Page 3

UNITED STATES VS. ONE AERO VODOCHODY
ALBATROS L-39 AIRCRAFT, TAIL NUMBER
N405ZA, SERIAL NUMBER 332647, et al.
3:06-CV-00057-RRB

SUBSCRIBED AND SWORN to before me this 15th day of March, 2006.

_/s/ Cathy L. Mock_
Notary Public in and for Alaska
My Commission Expires: 1/20/08



CERTIFICATE OF SERVICE

The undersigned hereby certifies that on
the 15th day of March, 2006, a true and correct
copy of this document was served on the following:

Steven E. Skrocki
James Barkeley
Assistant United States Attorney
Office of the United States Attorney
Criminal Division
222 W. 7th Avenue, #9
Anchorage, Alaska  99513-7567

Paul Stockler
1309 W. 16th Avenue
Anchorage, Alaska  99501

Kevin Fitzgerald
Ingaldson, Maassen & Fitzgerald, PC
813 W. 3rd Avenue
Anchorage, Alaska  99501-2001

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

         /s/ Robert C. Bundy
Robert C. Bundy, ABA #7206021
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
bundy.robert@dorsey.com

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

VERIFIED STATEMENT OF INTEREST

UNITED STATES VS. ONE AERO VODOCHODY
ALBATROS L-39 AIRCRAFT, TAIL NUMBER
N405ZA, SERIAL NUMBER 332647, et al.
3:06-CV-00057-RRB

Page 4