IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.3:06-cv-00057-RRB |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N405ZA, SERIAL NUMBER 332647; | ) ) ) ) | |
| | ) | |
| ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N394ZA, SERIAL NUMBER 132033; | ) ) ) ) | |
| | ) | |
| ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX150XX, SERIAL NUMBER 031617; | ) ) ) ) | |
| | ) | |
| ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX397ZA, SERIAL NUMBER 232412; | ) ) ) ) | |
| | ) | |
| ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX50XX, SERIAL NUMBER 931331; | ) ) ) ) | |
| | ) | |
| ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N120SW, SERIAL NUMBER 633911; | ) ) ) ) | |
| | ) | |
| ONE AERO VODOCHODY | ) | |

| | |
|---|---|
| ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX44307, SERIAL NUMBER 432917; and | )<br>)<br>)<br>) |
| ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX61XX, SERIAL NUMBER 332520; | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

Having considered the Government's Request for Judicial Issuance of a Warrant,

IT IS HEREBY ORDERED that the Government's request is **GRANTED**.

IT IS SO ORDERED.

DATED this 22 day of March, 2006 in Anchorage, Alaska.


      /s/ John D. Roberts
    JOHN D. ROBERTS
    UNITED STATES MAGISTRATE JUDGE