Spencer C. Sneed, ABA # 7811140
Robert C. Bundy, ABA #7206021
Allen Clendaniel, ABA # 0411064
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:   (907) 276-4152

Attorneys for Security Aviation, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br>vs.<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N405ZA, SERIAL NUMBER 332647;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N394ZA, SERIAL NUMBER 132033;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX150XX, SERIAL NUMBER 031617;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX397ZA, SERIAL NUMBER 232412;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX50XX, SERIAL NUMBER 931331;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER | Case No. 3:06-CV-00057-RRB<br><br>VERIFIED STATEMENT OF INTEREST OF SECURITY AVIATION, INC. |

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

N120SW, SERIAL NUMBER 633911;

ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX44307, SERIAL NUMBER 432917;

ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX61XX, SERIAL NUMBER 332520;

      Defendants.

1. Pursuant to Rule C(6), Supplemental Rules for Certain Admiralty and Maritime Claims, Security Aviation, Inc. ("Security Aviation") asserts its demand for restitution and its right to defend the above-entitled action based on its interest in the aircraft listed in the caption hereof.

2. Security Aviation has a possessory interest in the eight aircraft listed above. At the time the aircraft were seized by the United States, Security Aviation possessed and controlled the aircraft.

DATED this _____ day of April, 2006, at Anchorage, Alaska.

      DORSEY & WHITNEY LLP


By: _____
 Spencer C. Sneed, ABA # 7811140
 Robert C. Bundy, ABA #7206021
 Allen Clendaniel, ABA # 0411064
 DORSEY & WHITNEY LLP
 1031 West Fourth Avenue, Suite 600
 Anchorage, AK 99501-5907
 Telephone: (907) 276-4557
 Facsimile: (907) 276-4152

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

VERIFIED STATEMENT OF INTEREST OF SECURITY AVIATION, INC. Page2 of 3

# VERIFICATION

STATE OF ALASKA            )
                           ) §§
THIRD JUDICIAL DISTRICT    )

I have read the contents of the foregoing Statement of Right of Interest of Security Aviation, Inc., and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of April, 2006.

Mark J. Avery, ~~Chief Operating Officer~~ PRESIDENT
Security Aviation, Inc.

SUBSCRIBED AND SWORN to before me this 4th day of April, 2006.

Notary Public in and for Alaska
My Commission Expires: 8-15-07

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 4/4, 2006, a true and correct copy of this document was served on:

Steven E. Skrocki
Assistant United States Attorney
Office of the United States Attorney
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567

James Barkeley
Assistant United States Attorney
Office of the United States Attorney
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567

Kevin Fitzgerald
Ingaldson, Maassen & Fitzgerald, PC
813 West 3rd Avenue
Anchorage, Alaska 99501-2001

Paul Stockler
1309 West 16th Avenue
Anchorage, Alaska 99501

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

Spencer C. Sneed
Dorsey & Whitney, LLP

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557