Spencer C. Sneed, ABA #7811140
Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for Security Aviation, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiffs,<br><br>vs.<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N405ZA, SERIAL NUMBER 332647;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N394ZA, SERIAL NUMBER 132033;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX150XX, SERIAL NUMBER 031617;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX397ZA, SERIAL NUMBER 232412;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX50XX, SERIAL NUMBER 931331;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER | <br><br><br><br><br><br><br><br><br><br><br>Case No. 3:06-CV-00057-RRB<br><br>ENTRY OF APPEARANCE<br>(Security Aviation, Inc.) |

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

N120SW, SERIAL NUMBER 633911;

ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX44307, SERIAL NUMBER 432917; and

ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX61XX, SERIAL NUMBER 332520;

Defendants.

Spencer C. Sneed, Robert C. Bundy, and Allen F. Clendaniel of Dorsey & Whitney LLP, hereby enter an appearance on behalf of Security Aviation, Inc., in the above-captioned matter. All pleadings, correspondence and other writings should be served as follows:

> Spencer C. Sneed
> Robert C. Bundy
> Allen F. Clendaniel
> Dorsey & Whitney LLP
> 1031 W. Fourth Avenue, Ste. 600
> Anchorage, Alaska  99501
> Phone:  (907)257-7853 or (907)257-7846
> Fax:  (907)276-4152

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

ENTRY OF APPEARANCE (Security Aviation, Inc.)

Page 2

UNITED STATES VS. ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N405ZA, SERIAL NUMBER 332647, et al.
3:06-CV-00057-RRB

DATED this 4th day of April, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By:       /s/ Spencer C. Sneed
Spencer C. Sneed, ABA #7811140
Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:    (907) 276-4557
Facsimile:    (907) 276-4152

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 4, 2006, a true and correct copy of this document was served on:

Steven E. Skrocki
Assistant United States Attorney
Office of the United States Attorney
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska  99513-7567

James Barkeley
Assistant United States Attorney
Office of the United States Attorney
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska  99513-7567

Kevin Fitzgerald
Ingaldson, Maassen & Fitzgerald, PC
813 West 3rd Avenue
Anchorage, Alaska  99501-2001

Paul Stockler
1309 West 16th Avenue
Anchorage, Alaska  99501

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

      /s/ Spencer C. Sneed
Spencer C. Sneed
Dorsey & Whitney, LLP
DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

ENTRY OF APPEARANCE (Security Aviation, Inc.)
Page 3
4813-7272-4736\1 4/4/2006

UNITED STATES VS. ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N405ZA, SERIAL NUMBER 332647, et al.
3:06-CV-00057-RRB