Spencer C. Sneed, ABA #7811140
Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:    (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for High Security Aviation, LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiffs,<br><br>vs.<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N405ZA, SERIAL NUMBER 332647;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N394ZA, SERIAL NUMBER 132033;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX150XX, SERIAL NUMBER 031617;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX397ZA, SERIAL NUMBER 232412;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX50XX, SERIAL NUMBER 931331;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER | Case No. 3:06-CV-00057-RRB<br><br>ENTRY OF APPEARANCE<br>(High Security Aviation, LLC) |

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

N120SW, SERIAL NUMBER 633911;

ONE AERO VODOCHODY ALBATROS
L-39 AIRCRAFT, TAIL NUMBER
NX44307, SERIAL NUMBER 432917;
and

ONE AERO VODOCHODY ALBATROS
L-39 AIRCRAFT, TAIL NUMBER
NX61XX, SERIAL NUMBER 332520;

                    Defendants.

        Spencer C. Sneed, Robert C. Bundy, and Allen F. Clendaniel of Dorsey &

Whitney LLP, hereby enter an appearance on behalf of High Security Aviation, LLC, in

the above-captioned matter.  All pleadings, correspondence and other writings should be

served as follows:

                    Spencer C. Sneed
                    Robert C. Bundy
                    Allen F. Clendaniel
                    Dorsey & Whitney LLP
            1031 W. Fourth Avenue, Ste. 600
                 Anchorage, Alaska  99501
        Phone:  (907)257-7853 or (907)257-7846
                    Fax:  (907)276-4152

ENTRY OF APPEARANCE (High Security Aviation,
LLC)

Page 2

UNITED STATES VS. ONE AERO VODOCHODY
ALBATROS L-39 AIRCRAFT, TAIL NUMBER
N405ZA, SERIAL NUMBER 332647, et al.
3:06-CV-00057-RRB

DATED this 4th day of April, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By:            /s/ Spencer C. Sneed

Spencer C. Sneed, ABA #7811140
Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:     (907) 276-4557
Facsimile:     (907) 276-4152

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 4, 2006, a true and correct copy of this document was served on:

Steven E. Skrocki
Assistant United States Attorney
Office of the United States Attorney
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska  99513-7567

James Barkeley
Assistant United States Attorney
Office of the United States Attorney
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska  99513-7567

Kevin Fitzgerald
Ingaldson, Maassen & Fitzgerald, PC
813 West 3rd Avenue
Anchorage, Alaska  99501-2001

Paul Stockler
1309 West 16th Avenue
Anchorage, Alaska  99501

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

_____/s/ Spencer C. Sneed_____
Spencer C. Sneed
Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

ENTRY OF APPEARANCE (High Security Aviation, LLC)

Page 3

4851-1397-8368\1 4/4/2006

UNITED STATES VS. ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N405ZA, SERIAL NUMBER 332647, et al.
3:06-CV-00057-RRB