Spencer C. Sneed, ABA # 7811140
Robert C. Bundy, ABA #7206021
Allen Clendaniel, ABA # 0411064
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:   (907) 276-4152

Attorneys for Regional Protective Services, LLC,
  High Security Aviation, LLC and Security
  Aviation, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>vs.<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N405ZA, SERIAL NUMBER 332647;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N394ZA, SERIAL NUMBER 132033;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX150XX, SERIAL NUMBER 031617;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX397ZA, SERIAL NUMBER 232412;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX50XX, SERIAL NUMBER 931331; | Case No. 3:06-CV-00057-RRB<br><br>ANSWER OF REGIONAL PROTECTIVE SERVICES, SECURITY AVIATION, AND HIGH SECURITY AVIATION TO VERIFIED COMPLAINT FOR FORFEITURE |

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

ONE AERO VODOCHODY ALBATROS
L-39 AIRCRAFT, TAIL NUMBER
N120SW, SERIAL NUMBER 633911;

ONE AERO VODOCHODY ALBATROS
L-39 AIRCRAFT, TAIL NUMBER
NX44307, SERIAL NUMBER 432917;

ONE AERO VODOCHODY ALBATROS
L-39 AIRCRAFT, TAIL NUMBER
NX61XX, SERIAL NUMBER 332520;

                        Defendants.

Regional Protective Services, LLC , claiming an ownership interest in the Defendant aircraft, Security Aviation, Inc., claiming a possessory interest in the Defendant aircraft, and High Security Aviation, LLC, claiming an anticipatory interest in the Defendant aircraft (referred to collectively hereinafter as the "Interested Companies" or "Companies") by and through their counsel of record, Dorsey & Whitney LLP, answer the Verified Complaint for Forfeiture as follows:

       1.       The Interested Companies admit that the United States has brought a civil *in rem* action. The Companies admit that the United States makes allegations in its complaint. They deny the remaining allegations in paragraph 1.

       2.       The Companies admit the allegations in paragraph 2.

       3.       The Companies admit the allegations in paragraph 3.

       4.       The Companies admit the allegations in paragraph 4.

       5.       The Companies deny that all eight of the Defendant aircraft were present at 801 E. Cope Industrial Way, Palmer, Alaska, during the execution of a search warrant on February 2, 2006. Seven of the Defendant aircraft were present at 801 E. Cope Industrial

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

Way, Palmer, Alaska during the execution of a search warrant on February 2, 2006. Defendant aircraft, One Aero Vodochody Albatross L-39 Aircraft, Tail Number N405ZA, Serial Number 332647, was present at the physical address of 6121 South Airpark Place, Anchorage, Alaska. The Companies admit that two rocket pod launchers were present at 801 E. Cope Industrial Way, Palmer, Alaska during the execution of a search warrant on February 2, 2006. The Companies admit that RPS had an ownership interest in all of the eight defendant aircraft on February 2, 2006. The Companies admit that Security Aviation, Inc. had possession and control of the eight Defendant aircraft on February 2, 2006. The Companies admit that High Security Aviation, LLC had an interest in the eight defendant aircraft to the extent that title and possession of the aircraft was to be transferred to High Security Aviation, LLC. The Companies lack information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 5 and therefore deny those allegations

6.      The Companies deny the allegation that the two rocket pod launchers constitute "contraband" destructive devices as referenced in 26 U.S.C. §§ 5845(a)(8) and (f), and 5861, and 18 U.S.C. § 922(a)(4). The Companies admit that the universal wing pylons were attached to some of defendant aircraft on February 2, 2006. The Companies lack information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 6 and therefore deny those allegations

7.      The Companies deny the allegation that the rocket pod launchers discovered at the hangars of Security Aviation had not been destroyed or demilitarized and were still fully functional as destructive devices. The Companies lacks information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 7 and therefore deny those allegations

ANSWER OF REGIONAL PROTECTIVE SERVICES, SECURITY
AVIATION, AND HIGH SECURITY AVIATION TO VERIFIED
COMPLAINT FOR FORFEITURE                                                                                                Page 3 of 6

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

8. The Companies deny the allegation that one or more of the eight Defendant air craft appear to have a fully functional weapon delivery systems, or such systems (designed to be used in conjunction with the rocket pod launchers in launching rockets) which are easily rendered operational. The Companies admit that wing pylons were attached to some of the Defendant aircraft. The Companies lack information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 8 and therefore deny those allegations.

9. The Companies admit the allegation in paragraph 9.

10. The Companies admit that Earl L. Griffith may have an opinion as to whether the pods are functional destructive devices. The Companies deny all other allegations in paragraph 10.

11. The Companies deny the allegation that Security Aviation, Inc. ordered and purchased unlawful contraband rocket pod launchers for use in with connection with the eight Defendant aircraft.

12. The Companies lack information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 12 and therefore deny those allegations.

13. The Companies deny the allegation that Robert F. Kane and Security Aviation caused the interstate transportation of the rocket pod launchers to Alaska from outside the state.

### First Claim for Relief

14. The Companies deny the allegations in paragraph 14.

15. The Companies deny the allegations in paragraph 15.

### Second Claim of Relief

16. The Companies deny the allegations in paragraph 16.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

ANSWER OF REGIONAL PROTECTIVE SERVICES, SECURITY
AVIATION, AND HIGH SECURITY AVIATION TO VERIFIED
COMPLAINT FOR FORFEITURE                                                Page 4 of 6

17. The Companies deny the allegations in paragraph 17.

## Affirmative Defenses

18. Failure to state claims upon which relief can be granted.

19. The Defendant aircraft were seized as the result of an unlawful search.

20. Disproportionality.

## PRAY FOR RELIEF

WHEREFORE, the Companies prays for judgment:

A. Dismissing with prejudice all *in rem* claims against the eight Defendant air craft.

B. Granting the Companies such other and further relief as this Court deems appropriate.

DATED this 4th day of April, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP


By: /s/ Spencer C. Sneed
Spencer C. Sneed, ABA # 7811140
Robert C. Bundy, ABA #7206021
Allen Clendaniel, ABA # 0411064
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone: (907) 276-4557
Facsimile: (907) 276-4152

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

ANSWER OF REGIONAL PROTECTIVE SERVICES, SECURITY
AVIATION, AND HIGH SECURITY AVIATION TO VERIFIED
COMPLAINT FOR FORFEITURE                                    Page 5 of 6

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 4, 2006, a true and correct copy of this document was served on:

Steven E. Skrocki  
Assistant United States Attorney  
Office of the United States Attorney  
222 West 7th Avenue, #9, Room 253  
Anchorage, Alaska  99513-7567

James Barkeley  
Assistant United States Attorney  
Office of the United States Attorney  
222 West 7th Avenue, #9, Room 253  
Anchorage, Alaska  99513-7567

Kevin Fitzgerald  
Ingaldson, Maassen & Fitzgerald, PC  
813 West 3rd Avenue  
Anchorage, Alaska  99501-2001

Paul Stockler  
1309 West 16th Avenue  
Anchorage, Alaska  99501

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

     /s/ Spencer C. Sneed  
Spencer C. Sneed  
Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**  
1031 West 4th Avenue,  
Suite 600  
Anchorage, AK  99501  
(907) 276-4557

ANSWER OF REGIONAL PROTECTIVE SERVICES, SECURITY  
AVIATION, AND HIGH SECURITY AVIATION TO VERIFIED  
COMPLAINT FOR FORFEITURE     Page 6 of 6  
4822-6958-4640\3 4/4/2006 12:37 PM