**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  USA  </u>  v.  <u>  ONE AERO VODOCHODY ALBATROS, et al.  </u>

THE HONORABLE RALPH R. BEISTLINE

DATE: April 5, 2006                    CASE NO.  <u> 3:06-CV-0057-RRB </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS
              REASSIGNING CASE**

---

By agreement of the judges, the above-referenced case is hereby reassigned to the Honorable John W. Sedwick for all further proceedings. Please use the following case number on all future filings: **3:06-CV-0057-JWS.**

[]{IQ1.WPD*Rev.12/96}