Spencer C. Sneed, ABA # 7811140
Robert C. Bundy, ABA #7206021
Allen Clendaniel, ABA # 0411064
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for Security Aviation, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                  Plaintiff,<br>vs.<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N405ZA, SERIAL NUMBER 332647;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N394ZA, SERIAL NUMBER 132033;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX150XX, SERIAL NUMBER 031617;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX397ZA, SERIAL NUMBER 232412;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX50XX, SERIAL NUMBER 931331;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER | Case No. 3:06-CV-00057-JWS<br><br>NOTICE OF FILING VERIFIED STATEMENT OF INTEREST OF SECURITY AVIATION, INC. |

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

N120SW, SERIAL NUMBER 633911;

ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX44307, SERIAL NUMBER 432917;

ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX61XX, SERIAL NUMBER 332520;

                    Defendants.

Notice is hereby given that Security Aviation, Inc. ("Security Aviation") filed its Verified Statement of Interest (Docket #12) in the above captioned action on April 4, 2006.

Notice is also given that attached hereto is Security Aviation's Verified Statement of Interest with the signature of Spencer Sneed on page 2. Such signature was inadvertently omitted on the Verified Statement of Interest (Docket #12) filed on April 4, 2006.

DATED this 5th day of April, 2006, at Anchorage, Alaska.

                    DORSEY & WHITNEY LLP

                    By: _____/s/ Spencer C. Sneed_____
                        Spencer C. Sneed, ABA # 7811140
                        Robert C. Bundy, ABA #7206021
                        Allen Clendaniel, ABA # 0411064
                        DORSEY & WHITNEY LLP
                        1031 West Fourth Avenue, Suite 600
                        Anchorage, AK 99501-5907
                        Telephone:    (907) 276-4557
                        Facsimile:     (907) 276-4152

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 5, 2006, a true and correct copy of this document was served on:

| | |
|---|---|
| Steven E. Skrocki | James Barkeley |
| Assistant United States Attorney | Assistant United States Attorney |
| Office of the United States Attorney | Office of the United States Attorney |
| 222 West 7th Avenue, #9, Room 253 | 222 West 7th Avenue, #9, Room 253 |
| Anchorage, Alaska  99513-7567 | Anchorage, Alaska  99513-7567 |
| | |
| Kevin Fitzgerald | Paul Stockler |
| Ingaldson, Maassen & Fitzgerald, PC | 1309 West 16th Avenue |
| 813 West 3rd Avenue | Anchorage, Alaska  99501 |
| Anchorage, Alaska  99501-2001 | |

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

/s/ Spencer C. Sneed

Spencer C. Sneed
Dorsey & Whitney, LLP

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

NOTICE OF FILING VERIFIED STATEMENT OF
INTEREST OF SECURITY AVIATION, INC.                                        Page 3 of 3
4818-4694-3232\1 4/5/2006

Spencer C. Sneed, ABA # 7811140
Robert C. Bundy, ABA #7206021
Allen Clendaniel, ABA # 0411064
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:  (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for Security Aviation, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N405ZA, SERIAL NUMBER 332647;

ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N394ZA, SERIAL NUMBER 132033;

ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX150XX, SERIAL NUMBER 031617;

ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX397ZA, SERIAL NUMBER 232412;

ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX50XX, SERIAL NUMBER 931331;

ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER

Case No. 3:06-CV-00057-RRB

VERIFIED STATEMENT OF INTEREST OF SECURITY AVIATION, INC.

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

12

N120SW, SERIAL NUMBER 633911;

ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX44307, SERIAL NUMBER 432917;

ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX61XX, SERIAL NUMBER 332520;

       Defendants.

1. Pursuant to Rule C(6), Supplemental Rules for Certain Admiralty and Maritime Claims, Security Aviation, Inc. ("Security Aviation") asserts its demand for restitution and its right to defend the above-entitled action based on its interest in the aircraft listed in the caption hereof.

2. Security Aviation has a possessory interest in the eight aircraft listed above. At the time the aircraft were seized by the United States, Security Aviation possessed and controlled the aircraft.

DATED this _____ day of April, 2006, at Anchorage, Alaska.

            DORSEY & WHITNEY LLP

            By: _____
            Spencer C. Sneed, ABA # 7811140
            Robert C. Bundy, ABA #7206021
            Allen Clendaniel, ABA # 0411064
            DORSEY & WHITNEY LLP
            1031 West Fourth Avenue, Suite 600
            Anchorage, AK 99501-5907
            Telephone: (907) 276-4557
            Facsimile: (907) 276-4152

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

VERIFIED STATEMENT OF INTEREST OF SECURITY AVIATION, INC. Page2 of 3

# VERIFICATION

STATE OF ALASKA              )
                             ) §§
THIRD JUDICIAL DISTRICT      )

I have read the contents of the foregoing Statement of Right of Interest of Security Aviation, Inc., and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of April, 2006.

Mark J. Avery, ~~Chief Operating Officer~~ PRESIDENT
Security Aviation, Inc.

SUBSCRIBED AND SWORN to before me this 4th day of April, 2006.

Notary Public in and for Alaska
My Commission Expires: 8-15-07

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 4/4, 2006, a true and correct copy of this document was served on:

Steven E. Skrocki
Assistant United States Attorney
Office of the United States Attorney
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567

James Barkeley
Assistant United States Attorney
Office of the United States Attorney
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567

Kevin Fitzgerald
Ingaldson, Maassen & Fitzgerald, PC
813 West 3rd Avenue
Anchorage, Alaska 99501-2001

Paul Stockler
1309 West 16th Avenue
Anchorage, Alaska 99501

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

Spencer C. Sneed
Dorsey & Whitney, LLP

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557