Spencer C. Sneed, ABA # 7811140
Robert C. Bundy, ABA #7206021
Allen Clendaniel, ABA # 0411064
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for High Security Aviation, LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>vs.<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N405ZA, SERIAL NUMBER 332647;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N394ZA, SERIAL NUMBER 132033;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX150XX, SERIAL NUMBER 031617;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX397ZA, SERIAL NUMBER 232412;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX50XX, SERIAL NUMBER 931331;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER | Case No. 3:06-CV-00057-JWS<br><br>NOTICE OF FILING VERIFIED STATEMENT OF INTEREST OF HIGH SECURITY AVIATION, LLC |

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

N120SW, SERIAL NUMBER 633911;

ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX44307, SERIAL NUMBER 432917;

ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX61XX, SERIAL NUMBER 332520;

                Defendants.

Notice is hereby given that High Security Aviation, LLC ("High Security Aviation") filed its Verified Statement of Interest (Docket #11) in the above captioned action on April 4, 2006, a copy is attached hereto.

DATED this 5th day of April, 2006, at Anchorage, Alaska.

                DORSEY & WHITNEY LLP

By:    /s/ Spencer C. Sneed_____
     Spencer C. Sneed, ABA # 7811140
     Robert C. Bundy, ABA #7206021
     Allen Clendaniel, ABA # 0411064
     DORSEY & WHITNEY LLP
     1031 West Fourth Avenue, Suite 600
     Anchorage, AK 99501-5907
     Telephone:   (907) 276-4557
     Facsimile:   (907) 276-4152

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

NOTICE OF FILING VERIFIED STATEMENT OF
INTEREST OF HIGH SECURITY AVIATION, LLC                Page2 of 3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 5, 2006, a true and correct copy of this document was served on:

| | |
|---|---|
| Steven E. Skrocki<br>Assistant United States Attorney<br>Office of the United States Attorney<br>222 West 7th Avenue, #9, Room 253<br>Anchorage, Alaska  99513-7567 | James Barkeley<br>Assistant United States Attorney<br>Office of the United States Attorney<br>222 West 7th Avenue, #9, Room 253<br>Anchorage, Alaska  99513-7567 |
| Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald, PC<br>813 West 3rd Avenue<br>Anchorage, Alaska  99501-2001 | Paul Stockler<br>1309 West 16th Avenue<br>Anchorage, Alaska  99501 |

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

/s/ Spencer C. Sneed

Spencer C. Sneed
Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

NOTICE OF FILING VERIFIED STATEMENT OF
INTEREST OF HIGH SECURITY AVIATION, LLC                                                                                                   Page3 of 3
4850-3454-8736\1 4/5/2006

Spencer C. Sneed, ABA # 7811140
Robert C. Bundy, ABA #7206021
Allen Clendaniel, ABA # 0411064
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:   (907) 276-4152

Attorneys for High Security Aviation, LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>vs.<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N405ZA, SERIAL NUMBER 332647;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N394ZA, SERIAL NUMBER 132033;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX150XX, SERIAL NUMBER 031617;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX397ZA, SERIAL NUMBER 232412;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX50XX, SERIAL NUMBER 931331;<br><br>ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER | Case No. 3:06-CV-00057-RRB<br><br>VERIFIED STATEMENT OF INTEREST OF HIGH SECURITY AVIATION, LLC |

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

11

N120SW, SERIAL NUMBER 633911;

ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX44307, SERIAL NUMBER 432917;

ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX61XX, SERIAL NUMBER 332520;

       Defendants.

1. Pursuant to Rule C(6), Supplemental Rules for Certain Admiralty and Maritime Claims, High Security Aviation, LLC. (" High Security Aviation") asserts its demand for restitution and its right to defend the above-entitled action based on its interest in the aircraft listed in the caption hereof.

2. High Security Aviation has an anticipatory interest in the eight aircraft listed above, to the extent that title and possession of the aircraft transferred to High Security Aviation, LLC, a subsidiary of Security Aviation, Inc.

DATED this ____ day of April, 2006, at Anchorage, Alaska.

       DORSEY & WHITNEY LLP

       By: _____
       Spencer C. Sneed, ABA # 7811140
       Robert C. Bundy, ABA #7206021
       Allen Clendaniel, ABA # 0411064
       DORSEY & WHITNEY LLP
       1031 West Fourth Avenue, Suite 600
       Anchorage, AK 99501-5907
       Telephone: (907) 276-4557
       Facsimile: (907) 276-4152

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

VERIFIED STATEMENT OF INTEREST OF HIGH SECURITY AVIATION, LLC Page2 of 3

# VERIFICATION

STATE OF ALASKA )
) §§
THIRD JUDICIAL DISTRICT )

I have read the contents of the foregoing Statement of Right of Interest of High Security Aviation, LLC, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4TH day of April, 2006.

                                    Mark J. Avery
                                    Mark J. Avery, Chief ~~Operating~~ Executive Officer/MANAGER
                                    High Security Aviation, LLC

SUBSCRIBED AND SWORN to before me this 4th day of April, 2006.

                                    Notary Public in and for Alaska
                                    My Commission Expires: 8-15-07

[Notary Seal: MARI L. TREDWAY, NOTARY PUBLIC, State of Alaska]

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 4/4, 2006, a true and correct copy of this document was served on:

Steven E. Skrocki
Assistant United States Attorney
Office of the United States Attorney
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567

James Barkeley
Assistant United States Attorney
Office of the United States Attorney
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567

Kevin Fitzgerald
Ingaldson, Maassen & Fitzgerald, PC
813 West 3rd Avenue
Anchorage, Alaska 99501-2001

Paul Stockler
1309 West 16th Avenue
Anchorage, Alaska 99501

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

Spencer C. Sneed
Dorsey & Whitney, LLP

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557