DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
STEVEN E. SKROCKI
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone:  (907) 271-3699
Fax:    (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ONE AERO VODOCHODY )<br>ALBATROS L-39 AIRCRAFT, TAIL )<br>NUMBER N405ZA, SERIAL )<br>NUMBER 332647; )<br>)<br>ONE AERO VODOCHODY )<br>ALBATROS L-39 AIRCRAFT, TAIL )<br>NUMBER N394ZA, SERIAL )<br>NUMBER 132033; )<br>)<br>ONE AERO VODOCHODY )<br>ALBATROS L-39 AIRCRAFT, TAIL )<br>NUMBER NX150XX, SERIAL )<br>NUMBER 031617; )<br>)<br>ONE AERO VODOCHODY )<br>ALBATROS L-39 AIRCRAFT, TAIL )<br>NUMBER NX397ZA, SERIAL )<br>NUMBER 232412; ) | Case No. 3:06-cv-057-JWS<br><br>**UNITED STATES' UNOPPOSED<br>MOTION ON SHORTENED TIME<br>TO DISMISS, IN PART, CERTAIN<br>DEFENDANTS IN REM** |

| | |
|---|---|
| ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX50XX, SERIAL NUMBER 931331; | ) ) ) ) |
| | ) |
| ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N1205W, SERIAL NUMBER 633911; | ) ) ) ) |
| | ) |
| ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX44307, SERIAL NUMBER 432917; and | ) ) ) ) |
| | ) |
| ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX61XX, SERIAL NUMBER 332520; | ) ) ) ) |
| | ) |
| Defendants. | ) ) |

COMES NOW Plaintiff United States of America, by and through counsel, and hereby moves, pursuant to Federal Rule of Civil Procedure 41(a)(2), to dismiss the following six named defendants in rem from this action:

      a.    ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N405ZA, SERIAL NUMBER 332647 (D-1);

      b.    ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX150XX, SERIAL NUMBER 031617 (D-3);

      c.    ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX397ZA, SERIAL NUMBER 232412 (D-4);

    d.    ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX50XX, SERIAL NUMBER 931331 (D-5);

    e.    ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX44307, SERIAL NUMBER 432917 (D-7); and

    f.    ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX61XX, SERIAL NUMBER 332520 (D-8).

This motion seeks expedited review and is unopposed[1]. If granted, the remaining two aircraft defendants in rem will be:

    a.    ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N394ZA, SERIAL NUMBER 132033 (D-2); and

    b.    ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N1205W, SERIAL NUMBER 633911 (D-6).

DATED this 11th day of April, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/James Barkeley
JAMES BARKELEY
STEVEN E. SKROCKI
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

---

[1] Per defense counsel Allen Clendaniel for Security Aviation. No other prospective claimants have filed verified statements of interest, answered the complaint in this action, or otherwise appeared herein.

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the foregoing U.S.' UNOPPOSED MOTION ON SHORTENED TIME TO DISMISS, IN PART, CERTAIN DEFENDANTS <u>IN REM</u> was sent via Certified U.S. Mail, Return Receipt Requested, this 11th day of April, 2006, to:

| | |
|---|---|
| **MIRA SLOVAK**<br>MS Aviation, Inc.<br>6926 Skyline Drive<br>Delray Beach, FL 33446 | **BERND REHN**<br>Ingenieurburo Dipl.–Ing. B. Rehn<br>Doberschutz/Am Loschteich 3/6<br>02694 Malschwitz Germany |
| **MARK SHEETS**<br>23525 Greatland Circle<br>Chugiak, AK 99567<br>(Power of Attorney for Bernd Rehn) | **LOUISE MA**<br>Two Embarcadero Center, 8th Floor<br>San Francisco, CA 94111 |
| **PAUL STOCKLER** (for Robert Kane)<br>Attorney At Law<br>1309 W. 16th Avenue<br>Anchorage, AK 99501 | **KEVIN FITZGERALD** (for Robert Kane)<br>Ingaldson, Maassen & Fitzgerald, PC<br>813 W. 3rd Avenue<br>Anchorage, AK 99501 |

**ROBERT C. BUNDY** (for Security Aviation)
**SPENCER C. SNEED**
**ALLEN CLENDANIEL**
Dorsey & Whitney, LLP
1031 W. 4th Avenue, Suite 600
Anchorage, AK 99501-5907

s/James Barkeley