IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cv-00057-JWS |
| | ) | |
| Plaintiff, | ) | **ORDER DISMISSING CERTAIN** |
| | ) | **DEFENDANTS IN REM** |
| v. | ) | |
| | ) | |
| ONE AERO VODOCHODY | ) | |
| ALBATROS L-39 AIRCRAFT, TAIL | ) | |
| NUMBER N394ZA, SERIAL | ) | |
| NUMBER 132033; and | ) | |
| | ) | |
| ONE AERO VODOCHODY | ) | |
| ALBATROS L-39 AIRCRAFT, TAIL | ) | |
| NUMBER N1205W, SERIAL | ) | |
| NUMBER 633911. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Having considered the United States' Unopposed Motion on Shortened Time to Dismiss, In Part, Certain Defendants In Rem, **IT IS HEREBY ORDERED** that the government's motion is **GRANTED**.

The United States has moved to dismiss six defendants in rem. Security Aviation, the only claimant to have appeared in this action, does not oppose the motion. The United States Marshals Service is hereby authorized to return the six defendants in rem to Security Aviation, Inc. or its designee, at the Security Aviation aircraft hangar at the Ted Stevens Anchorage International Airport, 6121 South Airpark Place, at a time and upon terms and conditions mutually agreed to by the parties. The United States shall immediately undertake a review of aircraft parts seized in conjunction with this action, after which the United States

Marshals Service is authorized to return to Security Aviation all such parts not to be retained as evidence in this case.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(2), the following six named defendants in rem are hereby dismissed from this action:

    a.    ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N405ZA, SERIAL NUMBER 332647 (D-1);

    b.    ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX150XX, SERIAL NUMBER 031617 (D-3);

    c.    ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX397ZA, SERIAL NUMBER 232412 (D-4);

    d.    ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX50XX, SERIAL NUMBER 931331 (D-5);

    e.    ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX44307, SERIAL NUMBER 432917 (D-7); and

    f.    ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX61XX, SERIAL NUMBER 332520 (D-8).

The remaining two aircraft defendants in rem are the following:

    a.    ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N394ZA, SERIAL NUMBER 132033 (D-2); and

    b.    ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N1205W, SERIAL NUMBER 633911 (D-6).

**IT IS SO ORDERED**.

DATED: April 11, 2006            /s/
                                   HON. JOHN W. SEDWICK
                                   United States District Court