**"Annex A"**



**L-39 Parts in Minden, NV  P-51 Crt, Suite 403, ready for TSA inspection**

SCANNED

Only green marked items were delivered and charged

| Trip Kit | Base Maint | Security Aviation Total | Aero-Contact Total QTY Minden/NV | Pack | Box | Description | P/N, etc | Remark 1 | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2x 1m | | | Profile Rubber, soft | 7x12 | Tail connectio | 12,00 | 0,00 |
| 1 | 3 | 0 | 1 | | | Control rod sealing boot | M 3100 127 | small | 18,00 | 0,00 |
| 2 | 6 | 0 | 2 | | | Control rod sealing boot | M 3100 128 | large | 25,00 | 0,00 |
| | 4 | 4 | 8 | | | Ruber seal Drive shaft can | 391 11 492 | | 22,00 | 88,00 |
| | 2 | 2 | 3 | | | O-ring kit LUN 7613 | M 512 25 21 | Hydr.- Filter | 31,00 | 62,00 |
| | 4 | 4 | 12 | | | o-ring kit LUN 7614 | M 512 25 20 | Hydr.- Filter | 34,00 | 136,00 |
| | 6 | 6 | 15 | | | O- Ring 16x22 | M 311 1781 | | 4,00 | 24,00 |
| | 10 | 10 | 20 | | | Gasket 17x22x1,5 | M 310 8801 | | 3,50 | 35,00 |
| | 6 | 6 | 24 | | | Rubber cap AD- 6 | | anti g suit valv | 12,00 | 72,00 |
| | 16 | 16 | 26 | | | Speed brake rubber block | profile strip | | 64,00 | 1024,00 |
| | 2 | 2 | 1 | | | Gasket kit Emerg Hydr.- A | new style | | 254,00 | 508,00 |
| 2 | 4 | 4 | 6 | | | MLG rim o-ring | K- 24- 1100-15 | | 38,00 | 152,00 |
| 1 | 2 | 2 | 3 | | | NLG Rim O-ring | K- 25-0000- 05 | | 26,00 | 52,00 |
| | 4 | 4 | 15 | | | Gasket for canopy vent lin | 397 00 261 | | 9,00 | 36,00 |
| | 117 | 117 | 250 | | | Bearing Dust cover 11,7x4 | M 311 2110 | S | 1,96 | 229,32 |
| | 8 | 8 | 13 | | | Bearing Dust cover 15,7x6,6 | | M | 2,34 | 18,72 |
| | 30 | 30 | 92 | | | Bearing Dust cover 17,6x8,1 | | L | 4,20 | 126,00 |
| | 0 | 0 | 2 | | | Special gasket for air tube | M 311 200 | | 3,96 | 0,00 |
| | 2 | 2 | 4 | | | Special gasket for fuel line | M 311 1220 | | 3,96 | 7,92 |
| | 6 | 6 | 12 | | | O-ring for Fuel line Engine | M 310 7494 | | 4,12 | 24,72 |
| | 4 | 4 | 10 | | | Gasket Teleskope Unit Ca | M 310 0450 | | 9,00 | 36,00 |
| | 1 | 1 | 1 | | | Gasket Magneto plug engine | | | 14,00 | 14,00 |
| 2 | 14 | 14 | 15 | | | O- Ring for fuel filter No 1 | 5128A 42.2 | | 17,50 | 245,00 |
| | 4 | 4 | 11 | | | Cu- Ring | 20x12x0,5 | | 2,00 | 8,00 |
| | 4 | 4 | 8 | | | Cu- Ring | 18x11x0,5 | | 2,00 | 8,00 |
| | 2 | 2 | 2 | | | Cu- Ring | 15x9x0,5 | | 2,00 | 4,00 |
| | 20 | 20 | 32 | | | O-ring Air Cond. system | 26,3x4,6 | | 2,12 | 42,40 |
| | 40 | 40 | 93 | | | O-ring Air Cond. system | 29,3x4,6 | M 310 7980 | 2,35 | 94,00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 13 | 13 | | 18 | O-ring Air Cond. system | 39,1x5,8 | M 310 7570 | 2,45 | 31,85 |
| | 11 | 11 | | 21 | O-ring Air Cond. system | 41,1x5,8 | M 310 7590 | 2,65 | 29,15 |
| | 40 | 40 | | 235 | O-ring Air Cond. system | 44,1x5,8 | M 310 7610 | 2,80 | 112,00 |
| | 8 | 8 | | 16 | O-ring Air Cond. system | 54,1x5,8 | M 310 7890 | 3,20 | 25,60 |
| 16 | 40 | 56 | | 130 | Gasket Tip tank filler | | | 5,60 | 313,60 |
| | 10 | 10 | | 34 | Gasket/ seal elektr. Micro | 65- 7936 | | 4,10 | 41,00 |
| | 0 | 0 | | 1 | O-ring Jet pipe | | | 65,00 | 0,00 |
| | 2 | 2 | | 6 | Membrane for Emergency accumulator | old Style < 19 | | 214,00 | 428,00 |
| | 10 | 10 | | 0 | Membrane for main accumulator | | | 196,00 | 1960,00 |
| 2 | 2 | 2 | | 6 | Gasket for tip tank dump valve | | | 3,80 | 7,60 |
| | 4 | 4 | | 8 | Felt cover for bearing | L39.2105-06.65 | | 6,10 | 24,40 |
| | 10 | 10 | | 40 | Felt cover for bearing | L39.2104-25 | | 7,45 | 74,50 |
| | 2 | 2 | | 4 | O- Ring 55x45 | PN 029280.2 | | 0,90 | 1,80 |
| | 3 | 3 | | 1 | Membrane Fuel Accumulator | | | 196,00 | 588,00 |
| | | | | | | | | | |
| | 6 | 6 | | 13 | Hydraulikfilter large | | | 215,00 | 1290,00 |
| | 3 | 2 | | 9 | Hydraulikfilter small | | | 185,00 | 370,00 |
| | 3 | 3 | | 5 | Coarse filter large | | | 90,00 | 270,00 |
| | 2 | 2 | | 3 | Coarse filter small | | | 80,00 | 160,00 |
| | 2 | 2 | | 1 | Fuel Filter | | | 410,00 | 820,00 |
| | | 0 | | | Filter screen for hydr tank | | | 90,00 | |
| | | 0 | | | | | | | |
| | 9 | 9 | | 9 | NOSE Wheel Bearings | | | 32,00 | 288,00 |
| | 6 | 6 | | 6 | Main Wheel Bearings | | | 44,00 | 264,00 |
| | | 0 | | | | | | | |
| | 1 | 1 | | 1 | Brake relief valve | LUN 2572-7 | | 610,00 | 610,00 |
| | 1 | 1 | | 1 | Emergency brake valve re | LUN 7365.01-8 | | 689,00 | 689,00 |
| | 1 | 1 | | 1 | Speed brake actuator | LUN 7145- 8 | 0280035 | 2100,00 | 2100,00 |
| | 3 | 3 | | 5 | Brake Control Valve | LUN 7364 | | 3460,00 | 10380,00 |
| | 1 | 1 | | 1 | MLG door Actuator | LUN 7081- 8 | 0380037 | 1230,00 | 1230,00 |
| 1 | 3 | 3 | | 6 | Elektromagnet Valve | GA 142/1 | 3B1556 | 3200,00 | 9600,00 |
| | 2 | 2 | | 2 | Elektromagnet Valve | GA 184 U | 6A841 | 1640,00 | 3280,00 |
| | | | | | | GA 184 U | 9B0903 | | 0,00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | 1 | Elektromagnet Valve | GA 185 U | 0B0565 | 1710,00 | 1710,00 |
| 1 | 1 | | 1 | RAT actuator | LUN 7104-7 | 1281201 | 988,00 | 988,00 |
| 1 | 1 | | 2 | Actuator noose gear door | LUN 7103-7 | 0177007 | 1060,00 | 1060,00 |
| 0 | 0 | | 1 | Relief Valve | LUN 7518-8 | 72011 | 860,00 | 0,00 |
| 1 | 0 | | 3 | Emerg Brake Valve front c | LUN 7382-8 | 0681104 | 712,00 | 0,00 |
| | 1 | | | | LUN 7382-8 | 1282240 | 712,00 | 712,00 |
| 1 | 1 | | 2 | Emerg brake valve rear co | LUN 7365.04- | 1277247 | 735,00 | 735,00 |
| 2 | 2 | | 3 | Safety Vlave | LUN 7548-8 | 0777185 | 399,00 | 798,00 |
| 0 | 0 | | | | LUN 7548-8 | 0777129 | | 0,00 |
| 0 | 0 | | | | LUN 7548-8 | 0777121 | | 0,00 |
| 2 | 2 | | 3 | Reducer valve | LUN 6653-8 | 72182 | 268,00 | 536,00 |
| 0 | 0 | | | | LUN 6653-8 | 72151 | | 0,00 |
| 0 | 0 | | | | LUN 6653-8 | 782138 | | 0,00 |
| 2 | 2 | | 2 | Reducer Valve | LUN 6651-8 | 812135 | 268,00 | 536,00 |
| 0 | 0 | | | | LUN 6651-8 | 782138 | | 0,00 |
| 1 | 1 | | 1 | Up lock valves | LUN 6652-8 | 782213 | 312,00 | 312,00 |
| 1 | 1 | | 1 | Auto Brake valve | LUN 7083.02- | 72179 | 488,00 | 488,00 |
| 1 | 1 | | 2 | | LUN 7501.01 | | 242,00 | 242,00 |
| 0 | 0 | | | | LUN 7501.01 | | | 0,00 |
| 0 | 0 | | 1 | Hydr Lock | LUN 7544-7 | 0477127 | 1414,00 | 0,00 |
| 1 | 1 | | 1 | Hydr Lock | LUN 7544-01- | 1176368 | 1445,00 | 1445,00 |
| 1 | 1 | | 1 | Air Filter | LUN 7580-8 | 0179043 | 230,00 | 230,00 |
| 1 | 1 | | 1 | Emerg blocking Valve | LUN 7183.01- | 0777242 | 980,00 | 980,00 |
| 1 | 1 | | 1 | Hand valve | LUN 6577-7 | 803343 | 172,00 | 172,00 |
| 1 | 1 | | 1 | switch over valve | LUN 7547-7 | 0177033 | 216,00 | 216,00 |
| 2 | 2 | | 2 | Hand Valve (Emerg) | LUN 6579-8 | 72012 | 710,00 | 1420,00 |
| 0 | 0 | | | | LUN 6579-8 | | | 0,00 |
| 1 | 1 | | 2 | Main to Emerg hydr syst c | LUN 7501 | | 221,00 | 221,00 |
| 1 | 1 | | 2 | Reducer valve | LUN 7514 | | 410,00 | 410,00 |
| 1 | 1 | | 1 | Air Cond Valve | CT 0606-200 | 832187 | 410,00 | 410,00 |
| 0 | 0 | | 2 | Hydr.-Pump | LUN 6101-8 | | 3260,00 | 0,00 |
| 0 | 0 | | | Hydr.-Pump | LUN 6101-8 | | 3260,00 | 0,00 |
| 1 | 1 | | | Hand valve | LUN 6577-8 | | 112,00 | 112,00 |
| 1 | 1 | 1 | | ElectMag drain/Fuel Valve | LUN 2575.01 | | 1750,00 | 1750,00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4 | 4 | 4 | plain bearing | M 211 8418 | S4 CSN 02 35 | 12,00 | 48,00 |
| 30 | 30 | 50 | plain bearing | M 212 2309 | S6 CSN 02 35 | 12,00 | 360,00 |
| 12 | 12 | 17 | plain bearing | M 212 2310 | S8 CSN 02 35 | 12,00 | 144,00 |
| 5 | 5 | 7 | plain bearing | M 212 2311 | S 10 CSN 02 | 12,00 | 60,00 |
| 15 | 15 | 27 | plain bearing | M 212 2312 | S 12 CSN 02 | 12,00 | 180,00 |
| 5 | 5 | 9 | Bearing | M 213 4098 | 6002 CSN 02 | 12,00 | 60,00 |
| 5 | 5 | 7 | Bearing | M 213 4205 | 6202 CSN 02 | 12,00 | 60,00 |
| 4 | 4 | 4 | Bearing | M 312 4489 | E18 CSN 02 4 | 12,00 | 48,00 |
| 30 | 30 | 114 | Bearing | M 213 4496 | PLC 11- 4 | 12,00 | 360,00 |
| 4 | 4 | 8 | Bearing | M 213 4504 | 108 CSN 02 4 | 12,00 | 48,00 |
| 2 | 2 | 2 | Bearing | M 213 4510 | 129 CSN 02 4 | 12,00 | 24,00 |
| 2 | 2 | 2 | Bearing | M 213 4517 | 1200 CSN 02 | 12,00 | 24,00 |
| 2 | 2 | 7 | Bearing | M 213 4638 | 2200 CSN 02 | 12,00 | 24,00 |
| 5 | 5 | 10 | Bearing | M 213 5249 | OST 900 810 | 12,00 | 60,00 |
| 2 | 2 | 3 | Bearing | 608 | 6088 | 12,00 | 24,00 |
| 2 | 2 | 2 | Bearing | 623 | oder 629 | 12,00 | 24,00 |
| 1 | 1 | 1 | Bearing | PL | PLC 12- 3 | 12,00 | 12,00 |
| 1 | 1 | 0 | Bearing | GPZ | 1201 | 12,00 | 12,00 |
| 2 | 2 | 4 | Bearing | 62002 | CSN 02 4640 | 12,00 | 24,00 |
| 3 | 3 | 5 | Bearing | 108 ETU 500 | 40x68x15 | 12,00 | 36,00 |
| 10 | 10 | 20 | Bearing | ETU/ 5 | 900 706 | 12,00 | 120,00 |
| 2 | 2 | 0 | Bearing | ETU/ 5 | 50x65x7/6 NU | 12,00 | 24,00 |
| | 0 | | | | | | |
| 1 | 1 | 1 | Engine Fuel pump 4001 | 4001 | 41490132 | 16000,00 | 16000,00 |
| 1 | 1 | 1 | Engine FCU 4000 | 4000 | 41470187 | 20000,00 | 20000,00 |
| 1 | 1 | 1 | Inverter115V | LUN 2458 | HD 0028 | 8600,00 | 8600,00 |
| 1 | 1 | 1 | Inverter 115V | LUN 2458 | RB 0001 | 8600,00 | 8600,00 |
| 1 | 1 | 1 | Inverter 115V | LUN 2457 | QB 0003 | 10800,00 | 10800,00 |
| 1 | 2 | 1 | Inverter 3x36V | LUN 2456.01- | RA 0001 | 4000,00 | 8000,00 |
| 1 | 0 | 0 | Inverter 3x36V | LUN 2456.01- | HA 0052 | 4000,00 | 0,00 |
| 1 | 1 | 1 | Generator | WG- 7500 | 2010779 | 9000,00 | 9000,00 |
| | 2 | 1 | Generator brushes 2 sets | 14 x | | 750,00 | 1500,00 |
| 1 | 1 | 1 | Inverter 3 x36V rotary | PT- 500 | 398955166 | 4980,00 | 4980,00 |
| 1 | 1 | 1 | Test set for oxygen mask | KP- 52 | KU-8 | 3600,00 | 3600,00 |
| | 1 | 0 | Cargo Lock | D3-57 | | 2860,00 | 2860,00 |
| 1 | 1 | 1 | Fuel QTY sensor | LUN 1670 | GB 0096 | 1457,00 | 1457,00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0 | | | | | | | |
| 1 | 1 | | SAPHIR- Contr.- Box | LUN 3594.01- | GD 0071 | 8640,00 | 8640,00 |
| 1 | 1 | 1 | SAPHIR- Contr.- Box | | AD 0824 | 8640,00 | 8640,00 |
| 1 | 0 | 1 | SAPHIR- Contr.- Box | | HA 0040 | 8640,00 | 0,00 |
| 0 | 1 | 1 | De-Icing Flap valve | MPK- 14 MTW | | 2114,00 | 2114,00 |
| 1 | 1 | 1 | Engine tripple gauge Indic | LUN 1530-8 | | 890,00 | 890,00 |
| 1 | 1 | 1 | FUEL QTY gauge | LUN 1671.02-8 | | 660,00 | 660,00 |
| 1 | 1 | 1 | RPM Indicator | ITAe- 2U.1 | | 900,00 | 900,00 |
| 1 | 1 | 2 | Groundpower socket | | | 430,00 | 430,00 |
| 1 | 1 | 1 | Pitot Tube | LUN 1150-7 | 9122017 | 1012,00 | 1012,00 |
| 1 | 1 | 1 | Pitot Tube | LUN 1153-7 | 9027026 | 1054,00 | 1054,00 |
| | 1 | 1 | **APU Sapphire Electron.T** | **LUN 5810** | | **10600,00** | **10600,00** |
| 1 | 1 | 1 | Clock | ATSCH1s | | 560,00 | 560,00 |
| | 0 | 1 | Clock | ATSCH1s | | 560,00 | 0,00 |
| 2 | 1 | 0 | Temp.- Sonde | LUN 5626.01- | 200 Ohm | 156,00 | 156,00 |
| 5 | | 0 | Temp.- Sonde | LUN 5626.01-8 | | 156,00 | 0,00 |
| | | 0 | Temp.- Sonde | LUN 5626.01-8 | | 156,00 | 0,00 |
| | | 0 | Temp.- Sonde | LUN 5626.01-8 | | 156,00 | 0,00 |
| 2 | 5 | 6 | Temp.- Sonde | LUN 5627.01- | 100 Ohm | 156,00 | 936,00 |
| 1 | 1 | 2 | Trim Motor | UT6- DM | | 3600,00 | 7200,00 |
| | | 0 | Trim Motor | UT6- DM | w/o cable | 3400,00 | 0,00 |
| 1 | 1 | 1 | Engine Temp. Limiter box | RT-12-9 2. Se | 872613 | 5850,00 | 5850,00 |
| 1 | 1 | 1 | Terminal for EGT meas. | SM 68 | | 400,00 | 400,00 |
| 8 | 8 | 8 | Thermocouples | T- 99 | | 299,00 | 2392,00 |
| 1 | 1 | 1 | Vibration sensor | MW- 26 W | 421067 | 677,00 | 677,00 |
| 1 | 1 | 1 | RPM Transmitter | DTAe-2 | | 1100,00 | 1100,00 |
| 1 | 1 | 1 | Ejection Seat Motor | MU- 320 | | 1310,00 | 1310,00 |
| 1 | 1 | 1 | Air Cond control box | LUN 5605.01- | 1388 | 2970,00 | 2970,00 |
| 1 | 1 | 1 | Air Cond control box | LUN 5617.01- | O539 | 3560,00 | 3560,00 |
| 1 | 1 | 1 | Vibration Electron. Box | BAe- 1 | M 740099 | 1600,00 | 1600,00 |
| 1 | 1 | 1 | Terminal switch | LUN 3159.11-8 | | 900,00 | 900,00 |
| 1 | 1 | 1 | Terminal switch | LUN 3158-7 | | 900,00 | 900,00 |
| 4 | 0 | 0 | Landing Light | LFSM 28 | | 136,00 | 0,00 |
| | | | | | | | |
| 1 | 1 | 1 | Power supply for cabin wa | LUN 2145-8 | 8921052 | 1740,00 | 1740,00 |
| 1 | 1 | 1 | Diode Box for "-" | LUN 3311.02- | 8925068 | 1880,00 | 1880,00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1 | 1 | Test bloc Signalisation "-" | LUN 2146-8 | 8824001 | 1340,00 | 1340,00 |
| 0 | 0 | 1 | Engine start sequence par | AW7-44-5 | 2287 | 1200,00 | 0,00 |
| 2 | 3 | 0 | Flap Button | | | 212,00 | 636,00 |
| 1 | 1 | 1 | Trim Indicator | LUN 3211-8 | | 800,00 | 800,00 |
| 1 | 1 | 1 | Switch | LUN 1689 | | 80,00 | 80,00 |
| 1 | 1 | 1 | Mikros switch hydr. Terminal switch# | 2PPG-15K-2s | | 112,00 | 112,00 |
| 4 | 4 | 4 | Diodes f. UT6- DM Trim Motor | | | 9,00 | 36,00 |
| 3 | 3 | 3 | Fire sensor | | | 90,00 | 270,00 |
| | 0 | | | | | | |
| | 0 | 10 | NAV Light BANO-45 red | | | 80,00 | 0,00 |
| | 0 | 10 | NAV Light BANO-45 green | | | 80,00 | 0,00 |
| | 0 | 5 | Nav Light glass green | | | 16,00 | 0,00 |
| | 0 | 7 | Nav Light glass red | | | 18,00 | 0,00 |
| 10 | 14 | 5 | Bulb for Nav Light | | | 9,60 | 134,40 |
| 1 | 0 | 0 | Ldg Pos light | CHS-39 | | 110,00 | 0,00 |
| | 10 | 0 | instrument panel bulb | | | 1,95 | 19,50 |
| | 20 | | Warning lights bulbs | | | 1,95 | 39,00 |
| 10 | 14 | 4 | Ldg Pos light bulb | | | 9,00 | 126,00 |
| | | | | | | | |
| 1 | 1 | 1 | Test device for engine Ter | PKRT- 27 | | 7000,00 | 7000,00 |
| 0 | 0 | 0 | Cable set for PKRT-27 | KSK- 27- 5 | | 0,00 | 0,00 |
| 1 | 1 | 3 | Upper gear box engine, hand drive | | old style | 432,00 | 432,00 |
| 1 | 1 | 1 | Hydr.- pressure line 3Ha | | | 160,00 | 160,00 |
| 2 | 2 | 5 | Flap Track Cover | LK- Schiene | short | 122,00 | 244,00 |
| 2 | 2 | 5 | Flap Track Cover | LK- Schiene | long | 139,00 | 278,00 |
| 1 | 1 | 1 | Engine tool kit No. 2 | | | 480,00 | 480,00 |
| 0 | 1 | 1 | Compressor torque wrench | | | 400,00 | 400,00 |
| 2 | 2 | 6 | Windshield seal | L39- 7401.01 | windshield | 344,00 | 688,00 |
| 2 | 2 | 6 | Canopy seal | L39- 7403.01 | 1. Canopy | 412,00 | 824,00 |
| 2 | 2 | 6 | Canopy seal | L39- 7404.01 | 2. Canopy | 388,00 | 776,00 |
| 1 | 1 | 1 | Set of Oxygen bottles | | 1x S-A2 missi | 5600,00 | 5600,00 |
| 1 | 1 | 1 | Nose wheel rim | | | 1400,00 | 1400,00 |
| 1 | 1 | 1 | Nose wheel rim | | | 1400,00 | 1400,00 |
| 1 | 1 | 0 | Repair Kit, wheels 4 covers, 4 spring ring 4 NW bolts 1 | | | 228,00 | 228,00 |
| 1 | 1 | 1 | Hydr.- Accum. | LUN 6952.01- | Emerg | 1800,00 | 1800,00 |
| 1 | 1 | 1 | Hydr.- Accum. | LUN 6952.01- | Emerg | 1800,00 | 1800,00 |

| | | | | | Description | Part No. | Notes | Unit Price | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | | 1 | Hydr.- Accum. | LUN 6952.01 | Emerg | 1800,00 | 1800,00 |
| 1 | 0 | | | 0 | Hydr.- Accum. | LUN 6953.01 | Main | 1670,00 | 0,00 |
| 1 | 1 | | | 0 | Brake unit with disk | K26-2200-7 | complete | 3700,00 | 3700,00 |
| | 0 | | | | | | | | |
| 1 | 1 | | | 1 | Air Genarator Sapphire-5 | LUN 5360 | Saphir | 23000,00 | 23000,00 |
| 1 | 1 | | | 1 | Spare part set for APU | LUN 5360 | Saphir | 243,00 | 243,00 |
| 1 | 0 | | | | | | | | 0,00 |
| 1 | 1 | | | 2 | Relief Valve | LUN 7503 | Saphir | 760,00 | 760,00 |
| 1 | 1 | | | 2 | Fuel Filter | LUN 7615 | Saphir | 130,00 | 130,00 |
| 1 | 1 | | | 1 | Fuel Filter | LUN 7616 | Saphir | 130,00 | 130,00 |
| 1 | 1 | | | 1 | check valve | LUN 7354 | Saphir | 90,00 | 90,00 |
| 1 | 1 | | | 1 | SS- Drain.- ventil | LUN 2490 | Saphir | 1190,00 | 1190,00 |
| 1 | 1 | | | 1 | Fuel pump | LUN 6223 | Saphir | 1230,00 | 1230,00 |
| 1 | 1 | | | 2 | check valve | LUN 7581.0.- | Saphir | 240,00 | 240,00 |
| 1 | 1 | | | 1 | Electromagnet valve (fuel | LUN 2475 | Saphir | 1700,00 | 1700,00 |
| 3 | 3 | | | 7 | Sparking plugs | | Saphir | 60,00 | 180,00 |
| 1 | 0 | | | | | | | | 0,00 |
| 1 | 1 | | | 1 | RPM Transmitter | LUN 1326.02 | Saphir | 312,00 | 312,00 |
| 1 | 1 | 1 | | 0 | Fuel boost pump | LUN 6280 | | 1470,00 | 1470,00 |
| 0 | 0 | | | 1 | Fuel pipe for Engine pump | | with Preserv F | 419,00 | 0,00 |
| 1 | 1 | | | 2 | A/C slider valve | LUN 5678.02-8 | | 3212,00 | 3212,00 |
| 1 | 1 | | | 2 | A/C slider valve | LUN 5678.01-8 | | 3190,00 | 3190,00 |
| 2 | 2 | | | | | | | | 2240,00 |
| 1 | 1 | | | 2 | Presure signaller | LUN 1464 | | 960,00 | 960,00 |
| 1 | 1 | | | | | | | | 1135,00 |
| 1 | 1 | | | 1 | Manometer | MA 250 | | 187,00 | 187,00 |
| 1 | 1 | | | 1 | Oil Press Sensor | IDT - 8 | | 231,00 | 231,00 |
| 1 | 1 | | | 2 | Valve | 74- 6110- 25 | | 123,50 | 123,50 |
| 1 | 1 | | | 1 | AIR Filter | 123900-4-8 | | 111,00 | 111,00 |
| 3 | 3 | | | 2 | AIR Filter Air Conditioning | LUN 5629-8 | | 1214,00 | 3642,00 |
| 2 | 2 | | | 2 | Teflon gasket for Airfilter | - | | 24,00 | 48,00 |
| 1 | 1 | | | 1 | Reducer valve | LUN 6652 | DL 150/ 50 | 312,00 | 312,00 |
| 1 | 1 | | | 1 | Reducer valve | LUN 6653 | DL 150/ 50 | 342,00 | 342,00 |
| 1 | 1 | | | 1 | Trim control rod | | | 90,00 | 90,00 |
| 1 | 1 | | | 2 | Pressurization valve | CT 5500-200.2 | | 268,00 | 268,00 |
| 2 | 2 | | | 2 | Cabin pressure reg. Valve | 520 T | | 1457,00 | 2914,00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | | 1 | Fuel Valve | | LUN 7581.02-8 | | 188,00 | 0,00 |
| 1 | 1 | 1 | 0 | 1 | Telescopic unit canopy | | | | 188,00 | 188,00 |
| 0 | 0 | 0 | | | | | | | 196,00 | 0,00 |
| 2 | 2 | 2 | | 6 | Brake repair kit | | K26-9210.00 | | 35,00 | 70,00 |
| 1 | 1 | 1 | | 1 | Safety valve | | 72-0604-150-8 | | 77,00 | 77,00 |
| 4 | 0 | 0 | | 0 | Canopy locks | | | | 1540,00 | 0,00 |
| 1 | 1 | 1 | | 0 | Turbo Cooler / Air Cycle machine | | | left / right | 6400,00 | 6400,00 |
| 1 | 1 | 1 | | 1 | Hydraulic reservoir | | 3896 | | 2010,00 | 2010,00 |
| 1 | 1 | 1 | | 1 | attachment clamp 127T Cabin over pressure valve | | | | 56,00 | 56,00 |
| 6 | 6 | 6 | | 6 | LDG springs | | | | 32,00 | 192,00 |
| 2 | 2 | 2 | | 2 | Filler cap for tip Tank | | | | 75,00 | 150,00 |
| 2 | 2 | 2 | | 2 | Washer for fuel tanks | | | | 12,00 | 24,00 |
| 2 | 2 | 2 | | 2 | Crew step | | | | 644,00 | 1288,00 |
| 0 | 0 | 0 | | | | | | | | 0,00 |
| | | 0 | | | | | | | | |
| 100 | 100 | 100 | | 120 | oval head | | 4x12 | | 0,25 | 25,00 |
| 200 | 200 | 0 | | 100 | oval head | | 4x18 | | 0,29 | 0,00 |
| 100 | 100 | 100 | | 450 | oval head | | 4x20 | | 0,29 | 29,00 |
| 100 | 100 | 100 | | 100 | oval head | | 4x25 | | 0,29 | 29,00 |
| 400 | 400 | 400 | | 350 | oval head | | 5x14 | | 0,35 | 140,00 |
| **50** | **50** | **50** | | **80** | **slotted head countersunk** | | **4x20** | **Tip tank** | **12,60** | **630,00** |
| 200 | 200 | 0 | | 60 | slotted head countersunk s | | 5x12 | big head | 0,35 | 0,00 |
| 60 | 60 | 60 | | 120 | slotted head countersunk scre | | 5x16 | | 0,45 | 27,00 |
| 100 | 100 | 100 | | 70 | slotted head countersunk s | | 6x12 | | 0,45 | 45,00 |
| 100 | 100 | 100 | | | slotted head countersunk s | | 6x16 | | 0,45 | 45,00 |
| 200 | 200 | 200 | | 500 | slotted head countersunk s | | 6x19 | | 0,47 | 94,00 |
| 200 | 200 | 0 | | 0 | Crossed countersunk scre | | 4x16x12 | | 0,45 | 0,00 |
| 100 | 100 | 0 | | 0 | Crossed countersunk scre | | 5x14x14 | | 0,45 | 0,00 |
| 200 | 200 | 0 | | 35 | Crossed countersunk scre | | 5x14x12 | big head | 0,45 | 0,00 |
| 200 | 200 | 0 | | 370 | Crossed countersunk scre | | 5x16x12 | | 0,45 | 0,00 |
| 200 | 200 | 200 | | 0 | Crossed countersunk scre | | 5x16x14 | | 0,47 | 94,00 |
| 25 | 25 | 25 | | 120 | bolt | | 6x22 | | 1,45 | 36,25 |
| 50 | 50 | 50 | | 150 | lock nut | | M5 | | 0,24 | 12,00 |
| 200 | 200 | 200 | | 550 | Rivet | | 3x10 | | 0,05 | 10,00 |
| 150 | 150 | 150 | | 200 | Rivet | | 3,5x10 | | 0,05 | 7,50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 200 | 200 | 200 | Rivet | 4x21 | 0,09 | 18,00 |
| 100 | 100 | 100 | Rivet | 5x20 | 0,15 | 15,00 |
| 100 | 0 | 100 | slotted head countersunk | 4x20 | 0,48 | 0,00 |
| 50 | 50 | 0 | rivet | 3x20 | 0,05 | 2,50 |
| 100 | 100 | 200 | rivet | 3x11 | 0,05 | 5,00 |
| 150 | 150 | 0 | | 3,5x11 | 0,05 | 7,50 |
| 10 | 0 | 20 | lock nut | M4 | 0,25 | 0,00 |
| 5 | 5 | 4 | plug -screw Turbo cooler unit | | 19,00 | 95,00 |
| 8 | 0 | 13 | quick release srews | | 14,60 | 0,00 |
| 10 | 10 | 70 | Bolt | M5 | 3,45 | 34,50 |
| 250 | 0 | 500 | oval head | 5x14 | 0,35 | 0,00 |
| 140 | 140 | 150 | Crossed countersunk scre | 5x12 | 0,35 | 49,00 |
| | | | | | | |
| 5 | 5 | 5 | security spring for hot air t | L39. 701191 | 8,60 | 43,00 |
| 2 | 2 | 2 | security spring for fwd eng | L39. 1201B- 00. 185 | 21,00 | 42,00 |
| 8 | 8 | 15 | Safety ring for fwd engine | 75- 0025 | 2,00 | 16,00 |
| 1 | 1 | 3 | bolt for fire extinguisher cl | 74- 0420 | 3,00 | 3,00 |
| 1 | 1 | 1 | Rear jack point left hand | | 169,00 | 169,00 |
| 1 | 1 | 1 | Repair /Maint. Kit for FCU | | 90,00 | 90,00 |
| 2 | 2 | 0 | Wheel Valves | | 14,60 | 29,20 |
| 1 | 1 | 1 | Hydr pipe (3Hd) for speed brake | | 68,00 | 68,00 |
| 2 | 2 | 2 | Dump valve casings for tip tank | | 117,00 | 234,00 |
| 2 | 0 | 2 | Tail connection bolt | | 71,80 | 0,00 |
| 1 | 0 | 1 | Wing bolt fwd | | 55,00 | 0,00 |
| 1 | 0 | 1 | wing bolt , rear | | 18,00 | 0,00 |
| 2 | 2 | 0 | Ceramic Filter | | 25,00 | 50,00 |
| 2 | 2 | 2 | spring for gear doors | | 21,00 | 42,00 |
| 2 | 2 | 2 | N-2 filler valves for struts | | 110,00 | 220,00 |
| 6 | 6 | 4 | Glass for Water separator pitot static | | 10,00 | 60,00 |
| 8 | 8 | 27 | Glass for hydr. Tank overfill check | | 10,00 | 80,00 |
| | 0 | | L-39 C/ZO nose wheel tire | | 312,00 | 0,00 |
| | 0 | | L-39 C/ZO main wheel tire | | 472,00 | 0,00 |
| | 0 | | Master pin Ejection seat | | 95,00 | 0,00 |
| 4 | 4 | 8 | ORK-9AU cover | | 20,00 | 80,00 |
| 7 | 7 | 0 | Spring for crew step | | 18,00 | 126,00 |
| | 2 | 0 | Landing Light lenses | | 79,00 | 158,00 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Bracket for Hot Air Tube | | 280,00 | 280,00 |
| 1 | Nose door strut | | 21,00 | 21,00 |
| 1 | Control rod for FCU | | 114,00 | 114,00 |
| 2 | Drop tanks 150 Liter | List Price 680 | 6400,00 | 0,00 |
| 4 | 100 Liter Tip Tanks | ex. For 230 L | 2800,00 | 0,00 |
| 200 | ground strips | 5mm hole | 1,25 | 312,50 |

| 1 | 1 |
|---|---|
| 1 | 1 |
| 1 | 1 |
| 0 | 0 |
| 0 | 0 |
| 250 | 250 |