**"Annex B"**

Parts for High Security Aviation

| Inv. No. | Inv Date | Goods | USD | Paid | Transport |
|---|---|---|---|---|---|
| 2005-007 | 04.10.2005 | Static dischargers, Rivets, Screws, Seal telescope unit, Telescope unit | 1.185,00 | 07.10.2005 | UPS |
| 2005-008 | 17.10.2005 | Nose tires, MLG Tires, Fuel caps, o-rings, Hydraulic pump, Inverter, Tool set, Special tool | 11.834,00 | 08.11.2005 | Geologistics |
| 2005-008 | 02.11.2005 | Canopy locks, Hyd. Membranes, o-rings, Carbon brushes, Fuel Acc. Membrane | 11.675,64 | 08.11.2005 | UPS |
| 2005-009 | 03.11.2005 | 0,5 Parts from Minden | 158.094,47 | open | Schenker Intl |
| 2005-009 | 21.11.2005 | Oxygen bottle, Hyd. Line, Wrench, Locking plates, Ring, Bulb, Glass CHS-39,Hyd.Tank, Oilline | 1.626,96 | 14.12.2005 | UPS |
| 2005-010 | 12.12.2005 | 0,5 Parts from Minden | 158.094,47 | open | Schenker Intl |



**Ingenieurbüro Dipl.-Ing. B.Rehn**
Doberschütz / Am Löschteich 3 / 6
02694 Malschwitz
Germany
+49 (0)3591 6797-0  Fax: +49 (0)3591 6797-21

| Rechnungs- Nr. Invoice No. |
|---|
| 2005-90 |

**Kunde/Customer**

| | |
|---|---|
| Name: | Security Aviation |
| Adr.: | 6121 South Airpark Dr. |
| PLZ/ZIP: | Anchorage AK 99502 |
| Land: | USA |
| Tel.: | 907-248-6911 |

| | |
|---|---|
| Datum/Date: | 03.11.2005 |
| Auftrag/Order: | w/o |
| von/by: | John Berens |
| vom/dd: | 15.10.2005 |
| durch/by: | email |

| Anzahl QTY | Beschreibung / Item | Preis/Einheit USD | TOTAL USD |
|---|---|---|---|
| 0,5 | Wir berechnen Ihnen für / We charge you for: **Goods** Spare Parts Package from our stock in Minden, NV at a Total of 316,188.93 USD  **Transport by Schenker Reno/Sparks** | 316188,93 | 158094,47 |
| | Zwischensumme / Sub Total | | 158094,47 |
| | 16%    MWSt / VAT | | |
| | Total USD | | 158094,47 |

VAT: DE 191551270
Tax ID: 204/261/02766

Zahlungsziel / Payment due: **ASAP**

Ware geliefert / Leistung erbracht am /
Goods delivered / Service completed on: 05.11.2005

Customer VAT ID: **Without**

**Bankverbindung / Banking Details:**
**U.S.Bank**
**Minneapolis, MN**
**ABA/Routing number:** 091 000 022
**Account number:** 873432371
**Beneficiary:** Aero-Contact
**Postal Address**
**U.S. Bank**
**BC-MN-HO4H -  Attn. Pam Sheppard**
**800 Nicollet Mall**
**Minneapolis, MN  55402**
Tel.: 612 303 3391



**Ingenieurbüro Dipl.-Ing. B.Rehn**
Doberschütz / Am Löschteich 3 / 6
02694 Malschwitz
Germany
+49 (0)3591 6797-0 Fax: +49 (0)3591 6797-21

| Rechnungs- Nr. Invoice No. |
|---|
| 2005-102 |

**Kunde/Customer**

| | |
|---|---|
| Name: | Security Aviation |
| Adr.: | 6121 South Airpark Dr. |
| PLZ/ZIP: | Anchorage AK 99502 |
| Land: | USA |
| Tel.: | 907-248-6911 |

| | |
|---|---|
| Datum/Date: | 12.12.2005 |
| Auftrag/Order: | w/o |
| von/by: | John Berens |
| vom/dd: | 15.10.2005 |
| durch/by: | email |

| Anzahl QTY | Beschreibung / Item | Preis/Einheit USD | TOTAL USD |
|---|---|---|---|
| 0,5 | Wir berechnen Ihnen für / We charge you for:<br>**Goods**<br>Spare Parts Package from our stock in Minden, NV at a Total of 316,188.93 USD    (2nd instalment )<br><br>**Transport by Schenker Reno/Sparks** | 316188,93 | 158094,47 |
| | Zwischensumme / Sub Total | | 158094,47 |
| | 16% MWSt / VAT | | |
| | Total USD | | 158094,47 |

VAT: DE 191551270
Tax ID: 204/261/02766

Ware geliefert / Leistung erbracht am /
Goods delivered / Service completed on: 07.12.2005

Zahlungsziel / Payment due: **Immediately**
Customer VAT ID: **Without**

**Bankverbindung / Banking Details:**
U.S.Bank
Minneapolis, MN
ABA/Routing number: 091 000 022
Account number: 873432371
Beneficiary: Aero-Contact
**Postal Address**
U.S. Bank
BC-MN-HO4H - Attn. Pam Sheppard
800 Nicollet Mall
Minneapolis, MN 55402
Tel : 612 303 3291