**"Annex C"**

Case 3:06-cv-00057-RRB     Document 26-4     Filed 04/11/2006     Page 1 of 12

**"Annex C"**

**Betreff:** RE: Big shipment to Anchorage
**Absender:** "mike.kirby" <mike.kirby@schenker.com>
**Empfänger:** "Bernd Rehn" <Bernd.Rehn@T-Online.de>
**Datum:** 03. Apr 2006 18:53

---

Dear Bernd,
Please see attached letter and supporting documents. Please let me know if this will work or if you require anything further.
Best regards,

Mike Kirby
Schenker, Inc. - Reno Branch
Import/Export Coordinator
700 Spice Island Drive
Sparks, Nevada 89431
Phone:   775-359-8001
Fax:     775-359-8119
E mail:  mike.kirby@schenker.com
C-TPAT SVI Partner ID: schCon020249 / schBro04754
This message is intended only for the use of the individual or entity to whom it is addressed.  It may contain confidential or legally privileged information.  If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution of this information is strictly prohibited and may be unlawful.  If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system.  Schenker is neither liable for the proper nor complete transmission of the information contained in this communication nor for any delay in its receipt.


-----Original Message-----
From: Bernd Rehn [mailto:Bernd.Rehn@T-Online.de]
Sent: Monday, April 03, 2006 12:30 AM
To: mike.kirby@schenker.com
Subject: RE: Big shipment to Anchorage


Hello Mike,

i am not sure if you know what's going on in Alaska. The company "Security Aviation"
is and the management have been sued by the U.S. Department of Justice for violation of certain federal laws involving contraband "destructive devices" (Rocket Pods)

All airplanes ( 8 L-39's ) and all spare parts in the hangar have been seized by the FBI. Including my own spare parts, which have been not yet paid. I got a letter from

Mr. James Barkeley
Assistant U.S. Attorney
Federal Building & U-S. Court House
222 W. 7th Avenue #9, Room 253
Anchorage, AK 99513-7567

and requested to file my claims at the court. Otherwise the Gvt will sell the planes and parts in an auction. I don't like to loose them !!!!

Mike can you please send me a letter ( by email ) addressed to:

```
Clerk of Court
United States District Court,
Destrict of Alaska
222 W. 7th Avenue #4
Anchorage, AK 99513-7564
```

saying that you have done the required TSA inspection on location, picked up
the parts from our hangar in Minden/NV and shipped them by UA to Anchorage.
I have already printed our email conversation from late November, December
and January in this regard (they are just perfect to confirm my claims)

If you have further question drop me a few lines and I will call you later
this afternoon.

THANK YOU A LOT IN ADVANCE !

Bernd

---

**Anlagen:**
- Warbird Letter.doc
- Warbird_.pdf
- Packing List Schenker_Warren Harnden.xls

Clerk of Court
United States District Court,
District of Alaska
222 W. 7th Avenue #4
Anchorage, AK 99513-7564


To whom it may concern:
Schenker Inc. has performed a site inspection on 11/16/2005 of the following in accordance with FFA guidelines.

Warbird Maintenance Inc.
2321 P-51 Court Suite 404
Minden, NV 89423
USA
Phone: 775-781-3688, 775-790-4317

Verified by:
Schenker Inc. Reno SSC
Mr. Mark Young, Sales and Service Manager
Phone: 775-359-8001
Email: mark.young@schenker.com

Please see attached packing list and Airway Bill for goods picked up on 11/17/05 at the following location:
Warbird Maintenance Inc.
2321 P-51 Court Suite 404
Minden, NV 89423
USA

And shipped to:
Security Aviation Inc.
6121 South Airpark Place
Anchorage, AK 99502
USA

Via United Airlines AWB# 016-5785 9200

Sincerely,

Mike Kirby
Schenker, Inc. - Reno Branch
Import/Export Coordinator
700 Spice Island Drive
Sparks, Nevada 89431
Phone:   775-359-8001
Fax:     775-359-8119
E mail:  mike.kirby@schenker.com
C-TPAT SVI Partner ID: schCon020249 / schBro04754

```
016-5785 9200                                    MAWB: 016-5785 9200
```

| Shipper's Name and Address | Shipper's Account Number | Not Negotiable **Air Waybill** |
|---|---|---|
| WARBIRD MAINTENENCE INC.<br>2321 P-51 COURT STE. 404<br>US-MINDEN, NV 89423<br>USA | | UNITED AIRLINES<br>Issued by BOX 66100<br>CHICAGO, ILLINOIS 60666<br>Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity. |
| Consignee's Name and Address | Consignee's Account Number | It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required. |
| SECURITY AVIATION INC<br>6121 SOUTH AIRPARK PLACE<br>US-ANCHORAGE, AK 99502<br>USA | | |

| Issuing Carrier's Agent Name and City | Accounting Information |
|---|---|
| SCHENKER, INC.<br>380 LITTLEFIELD AVENUE<br>US-SO SAN FRAN, CA 94080 | |

| Agent's IATA Code | Account No. |
|---|---|
| 33-8-4477 | |

| Airport of Departure (Addr. of First Carrier) and Requested Routing | Reference Number | Optional Shipping Information |
|---|---|---|
| SAN FRANCISCO, SFO | | |

| To | By First Carrier Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL PPD COLL | Other PPD COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SEA | UA | ANC | UA | | | USD | | PP | PP | NVD | NCV |

| Airport of Destination | Requested Flight/Date | | Amount of Insurance | INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance". |
|---|---|---|---|---|
| ANCHORAGE INTERNAT | UA1118/21 | UA 967/25 | XXX | |

Handling Information
RL#003343

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Ultimate destination UNITED STATES OF AMERICA. Diversion contrary to U.S. law prohibited.

SCI

| No. of Pieces RCP | Gross Weight kg/lb | Rate Class / Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|
| 3 | 578.0K<br>1274.3L | M | 578.0 | 1443.00 | 1443.00 | AIR CRAFTS PARTS<br>DIMS: 1/48x48x36 in<br>1/48x40x19 in<br>1/36x36x41 in |

TSA INDIRECT AIR CARRIER NUMBER #EA9312013
ALL DOCUMENTS ATTACHED TO AWB
NOTIFY CONSIGNEE UPON ARRIVAL
COMM. INV. NO.: 701858

VOL.WGHT.: 471.5 KG

| 3 | 578.0K | | | | 1443.00 | 2.820 cbm |

NO SED REQUIRED - FTSR 30.55H

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| | 1443.00 | | FUEL IATA    354.00 C    SEC. IATA    89.50 C |

Valuation Charge

Tax

Total Other Charges Due Agent

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

| Total Other Charges Due Carrier |
|---|
| 442.50 |

SCHENKER INCORPORATED
AS AUTHORIZED AGENTS FOR SHIPPER.

STT #: 8407000296____                    6871510371
                    Signature of Shipper or his Agent

| Total Prepaid | Total Collect |
|---|---|
| 1885.50 | |

SCHENKER INCORPORATED
AS AGENTS FOR THE CARRIER.

| Currency Conversion Rates | CC Charges in Dest. Currency | 11/21/2005 |
|---|---|---|

Executed on (date)          at (place)    JASON TON
                                          Signature of Issuing Carrier or its Agent

| For Carriers Use only at Destination | Charges at Destination | Total Collect Charges |
|---|---|---|

APPERSON K6445 (11/05)          ORIGINAL 3 (FOR SHIPPER)    016-5785 9200

**Betreff:** RE: Big shipment to Anchorage (fwd)
**Von:** Bernd Rehn <Bernd.Rehn@T-Online.de>

---Ursprüngliche Nachricht---

**Absender:** "mike.kirby" <mike.kirby@schenker.com>
**Empfänger:** "Bernd Rehn" <Bernd.Rehn@T-Online.de>
**Betreff:** RE: Big shipment to Anchorage

Dear Bernd,
This shipment was received by Security Aviation today 12/02/05 at 1:22pm signed for by Garth Rydell.

UNITED MAWB NO: 016-5785-9200

3 pieces picked up at United Airlines in Anchorage today, Dec. 2nd.

I will wait until Monday 12/05/05 to process your credit card payment. Let me know if this will be a problem.

Thanks,

Mike

-----Original Message-----
**From:** Bernd Rehn [mailto:Bernd.Rehn@T-Online.de]
**Sent:** Monday, November 28, 2005 12:03 PM
**To:** mike.kirby
**Subject:** RE: Big shipment to Anchorage

> Thanks Mike !
>
> Bernd
>
>
>
> "mike.kirby" <mike.kirby@schenker.com> schrieb:
>
>> Dear Bernd,
>> We will hold in SFO until we receive further instruction. I will check to see about storage fees. I don't think this will be a problem as long as the shipment moves this week.
>> Thanks,
>> Mike
>>
>>> -----Original Message-----
>>> **From:** Bernd.Rehn@t-online.de [mailto:Bernd.Rehn@t-online.de]
>>> **Sent:** Monday, November 28, 2005 9:09 AM
>>> **To:** mike.kirby
>>> **Subject:** RE: Big shipment to Anchorage
>>>
>>> Hi Mike,
>>>
>>> i have trouble with the customer, he promised to pay for the parts
>>> latest on Friday last week, but the money was not on my account
>>> today. I called them early morning today ( evening of yesterday in
>>> AK) they said it will go out today. I will see. Worst case scenario,
>>> if they dont pay we need to ship it back from SFO to Minden.
>>> Therefore please hold it in SFO until you get my next email.

Visa authorization is ready to be faxed to you. However its a high risk for me. If the parts are in Anchorage and they didn't pay, i would need to ship it back from Anchorage on my own cost...the damage on my side would be much bigger.

Sorry about that. If there is any storage fee growing up, let me know , i will charge it to them.

I am leaving tomorrow for denver and can be reached over my cell phone 775 781 3688. I will be permanently in contact with the office in Germany to find out whats going on.


Regards

Bernd

**Betreff:** RE: Big shipment to Anchorage (fwd)
**Von:** Bernd Rehn <Bernd.Rehn@T-Online.de>

---Ursprüngliche Nachricht---

**Absender:** "mike.kirby" <mike.kirby@schenker.com>
**Empfänger:** "Bernd Rehn" <Bernd.Rehn@T-Online.de>
**Betreff:**    RE: Big shipment to Anchorage

Dear Bernd,
I am sorry for the problems that this shipment has caused. My investigation into matter has found the following. In our efforts to move this freight prior to the Thanksgiving weekend as was the initial plan. The freight was delivered to the airlines 11/22/05. On 11/23/05 I received the email from you requesting that the freight be held pending receipt of payment from Security Aviation. Our SFO gateway was notified on 11/23/05 to hold this freight however it had already been released to the airline. The shipment departed to Anchorage on 11/28/05 and arrived 11/30/05 and was picked up 12/02/05 by Garth Rydel with Security Aviation. I was informed that the shipment had already moved on 12/02/05 when I was inquiring with the gateway about any storage charges due. I am not sure of what action you can take against Security Aviation since they took possession of the goods from the airline. If there was loss or damage in transit. Then we can start a claim. The insurance only covers the loss or damage of the freight during transit. If you would like to start a claim I will need the following from you.
1. Detailed list of all items lost in transit. With weight and value for each item.
2. Total amount of the claim.
3. Any supporting evidence of when and how the loss occurred.

I can start filing the claim with the insurance as soon as I have this information. We anticipate that the claim can be resolved within 30-60 days of receipt.

I hope this answer your questions.

Best regards,

Mike Kirby
Schenker, Inc. - Reno Branch
Import/Export Coordinator
700 Spice Island Drive
Sparks, Nevada 89431
Phone:   775-359-8001
Fax:     775-359-8119
E mail:  mike.kirby@schenker.com
C-TPAT SVI Partner ID: schCon020249 / schBro04754
This message is intended only for the use of the individual or entity to whom it is addressed.  It may contain confidential or legally privileged information.  If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution of this information is strictly prohibited and may be unlawful.  If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system.  Schenker is neither liable for the proper nor complete transmission of the information contained in this communication nor for any delay in its receipt.

-----Original Message-----
**From:** Bernd Rehn [mailto:Bernd.Rehn@T-Online.de]

**Sent:** Friday, January 06, 2006 12:23 AM
**To:** mike.kirby
**Subject:** RE: Big shipment to Anchorage

Hi Mike,

i hope you are okay after your surgery. Happy New Year !

Things went very bad ! Since the parts have been accidently released to Security Aviation in Anchorage by the local freight forwarder, without waiting for my instruction, I have no access to them and Security Aviation didn't pay and refuses to pay me !

I trying to appoint today a Gentleman in Palmer AK, to be my representative and to activate the state troopers to get access to the hangar and to remove my parts, even i know that a number of my parts have been already installed in their airplanes. Till end of December they answered at least my emails and phone calls , "we will pay you later..., the check should be in the mail..., you know that bull shit , but now they didnt answer anything.

The director of maintenance moved over from Iowa to Alska especially for that job and he quit 2 days ago due to the chaotic situation there, so i lost the one to which i had a good realtion ship and got all informations whats going on there. Hopefully we can get it solved today.  If not - is there a change to do anything from your side or to activate the insurance ????
I hate it to think in that direction, but loosing 316 K USD is not an option for me

What do you think ?

Bernd


> "mike.kirby" <mike.kirby@schenker.com> schrieb:
>
>> Dear Bernd,
>> We will hold in SFO until we receive further instruction. I will check to see about storage fees. I don't think this will be a problem as long as the shipment moves this week.
>> Thanks,
>> Mike
>>
>>> -----Original Message-----
>>> **From:** Bernd.Rehn@t-online.de [mailto:Bernd.Rehn@t-online.de]
>>> **Sent:** Monday, November 28, 2005 9:09 AM
>>> **To:** mike.kirby
>>> **Subject:** RE: Big shipment to Anchorage
>>>
>>> Hi Mike,
>>>
>>> i have trouble with the customer, he promised to pay for the parts
>>> latest on Friday last week, but the money was not on my account
>>> today. I called them early morning today ( evening of yesterday in
>>> AK) they said it will go out today. I will see. Worst case scenario,
>>> if they dont pay we need to ship it back from SFO to Minden.
>>> Therefore please hold it in SFO until you get my next email.
>>>
>>> Visa authorization is ready to be faxed to you. However its a high

risk for me. If the parts are in Anchorage and they didn't pay, i would need to ship it back from Anchorage on my own cost...the damage on my side would be much bigger.

Sorry about that. If there is any storage fee growing up, let me know , i will charge it to them.

I am leaving tomorrow for denver and can be reached over my cell phone 775 781 3688. I will be permanently in contact with the office in Germany to find out whats going on.


Regards

Bernd



## CORPORATE CHARTER

I, DEAN HELLER, the duly elected and qualified Nevada Secretary of State, do hereby certify that **WARBIRD MAINTENANCE INC.** did on **May 1, 2001** file in this office the original Articles of Incorporation; that said Articles are now on file and of record in the office of the Secretary of State of the State of Nevada, and further, that said Articles contain all the provisions required by the law of said State of Nevada.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office, in Carson City, Nevada, on **May 2, 2001.**

*[signature: Dean Heller]*

Secretary of State

By  *[signature: A. L. Williams]*

Certification Clerk

# ANNUAL LIST OF OFFICERS, DIRECTORS AND AGENTS OF:

WARBIRD MAINTENANCE INC.
FOR THE PERIOD MAY 2005 TO 2006. DUE BY MAY 31, 2005.

The Corporation's duly appointed resident agent in the
State of Nevada upon whom process can be served is:



C11294-2001

CORPORATION SERVICES OF AMERICA
PO BOX 3600
STATELINE NV 89449

FILING FEE: $125

☐ IF THE ABOVE INFORMATION IS INCORRECT, PLEASE CHECK THIS BOX AND A CHANGE OF RESIDENT AGENT/ADDRESS FORM WILL BE SENT.

THE ABOVE SPACE IS FOR OFFICE USE ONLY

**PLEASE READ INSTRUCTIONS BEFORE COMPLETING AND RETURNING THIS FORM.**

1. Include the names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. Last year's information may have been preprinted. If you need to make changes, cross out the incorrect information and insert the new information above it. An officer must sign the form. FORM WILL BE RETURNED IF UNSIGNED.
2. If there are additional directors, attach a list of them to this form.
3. Return the completed form with the filing fee shown above. A $75 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. Make your check payable to the Secretary of State. To receive a certified copy, enclose an additional $30.00 and appropriate instructions.
5. Return the completed form to: Secretary of State, 202 N. Carson St., Carson City, NV 89701-4201. (775) 684-5708.
6. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties.

FILING FEE - AS SHOWN ABOVE    PENALTY: $75.00

**Check all that apply:**

☐ This corporation is a publicly-traded corporation. If so, Central Index Key number is: _____

☐ This publicly-traded corporation is not required to have a Central Index Key number.

| NAME | TITLE(S) |
|------|----------|
| BERND REHN | PRESIDENT (OR EQUIVALENT OF) |

| P.O. BOX | ADDRESS | CITY | ST. | ZIP |
|----------|---------|------|-----|-----|
| PO BOX 3600 | | STATELINE | NV | 89449 |

| NAME | TITLE(S) |
|------|----------|
| BERND REHN | SECRETARY (OR EQUIVALENT OF) |

| P.O. BOX | ADDRESS | CITY | ST. | ZIP |
|----------|---------|------|-----|-----|
| PO BOX 3600 | | STATELINE | NV | 89449 |

| NAME | TITLE(S) |
|------|----------|
| BERND REHN | TREASURER (OR EQUIVALENT OF) |

| P.O. BOX | ADDRESS | CITY | ST. | ZIP |
|----------|---------|------|-----|-----|
| PO BOX 3600 | | STATELINE | NV | 89449 |

| NAME | TITLE(S) |
|------|----------|
| BERND REHN | DIRECTOR |

| P.O. BOX | ADDRESS | CITY | ST. | ZIP |
|----------|---------|------|-----|-----|
| | PO BOX 3600 | STATELINE | NV | 89449 |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of NRS 360.780 and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

3rd. of May 2005