**"Annex D"**

**Spare parts which have been removed from my inventory as listed in "Annex A" are now installed in aircrafts and which have been not paid yet.**

1x Brake Control Valve LUN 7364 installed in N405ZA (147)
**= 3460,00 USD**

1 Set of hydraulic filters installed in N405ZA (147)
**= 615,00 USD**

1 ceramic filter installed in N405ZA (147)
**= 25,00 USD**

60 dust covers fro bearings installed in N405ZA, NX397ZA , NX 44307 (147,112,117,)
→   40 small a 1,96  = 78,40
→   10 small a 2,34  = 23,40
→   10 small a 4,20  = 42,00
**=  142,80 USD (total)**

1 set of seals and o-rings for emergency hydraulic accumulator, installed in N405ZA (147)
**= 254,00 USD**

1 Membrane for Main Hydraulic accumulators, installed in NX397ZA (112)
**= 214,00 USD**

a couple dozen screws, bolts, rivets (N405ZA,  NX397ZA , NX 44307)
approx. **50,00 USD**

**TOTAL   4, 715.80 USD out of the Inventory list "Annex B"**