aero-contact

"Annex E"

Ingenieurbüro für Luftfahrtgeräte u. Technologie
Dipl.-Ing. Bernd Rehn – Doberschütz - Am Löschteich 3 / 6 – 02694 Malschwitz

- Beratung u. Projektierung
- Schulung
- Vermittlung u. Service
- Konversion u. Verwertung
- Vertrieb

**To Whom It May Concern**

**Dipl.- Ing. Bernd Rehn**
**Doberschütz**
**Am Löschteich 3 / 6**
**02694 Malschwitz**
Tel.    : +49 (0) 3591 6797-0
Fax    : +49 (0) 3591 6797-21
Mobil  : +49 (0) 172 2846690
e-mail : info@aero-contact.com
Internet : www.aero-contact.com

| Ihr Zeichen / ihre Nachricht vom | mein Zeichen / meine Nachricht vom | ☎ Durchwahl (03591)-<br>6797-11 | Datum<br>06.01.2006 |

## POWER OF ATTORNEY
## SPECIAL

KNOW ALL MEN BY THESE PRESENTS: That I, BERND REHN, as Director of

«AERO – CONTACT»
Ingenieurburo Dipl.-Ing.Bernd Rehn
Doberchuetz Am Loescheich 3/6
02694 Malschwitz
Germany

the undersigned, hereby make, constitute and appoint

Mr. Mark Sheets
23525 Greatland Cir
Chugiak, AK 99567

as principal's true and lawful attorney to act for principal and in principal's name, place and stead and for principal's use and benefit:
(a) To execute and perform all acts necessary and proper to remove on behalf of principal the following aircraft spare parts and ground support equipment for L-39 aircraft, according to the Annex 2 of this document from the Hangar of:

Security Aviation
801 Cope Industrial Rd
Palmer, AK 99645

Principal hereby grants to said attorney in fact full power and authority to do and perform each and every act and thing which may be necessary, or convenient, in connection with any of the foregoing, as fully, to all intents and purposes, as principal might or could do if personally present, hereby ratifying and confirming all that said attorney in fact shall lawfully do or cause to be done by authority hereof.

WITNESS my hand this 6th day of January, 2006.

**Bernd Rehn**
**Director**
**«AERO – CONTACT»**
Ingenieurbüro Dipl.-Ing. Bernd Rehn

Annex 1

## Declaration

The aircraft spare parts listed in Annex 2 have been sold on November 4th 2005, to:

High Security Aviation
6121 South Airpark Place
Anchorage, AK 99502, USA

per invoices No 2005 -090 and No 2005-102 as attached in Annex 3 and 4 in 24 boxes.

Against the agreement, High Security Aviation failed to pay the invoices.

High Security Aviation is already using parts out of the spare parts package.

This must be considered as theft.

**Bernd Rehn**
**Director**
**«AERO – CONTACT»**
Ingenieurbüro Dipl.-Ing. Bernd Rehn