**"Annex F"**

**Spare parts which were stored in the hangar at Palmer airport and are "core spare parts" and should have been returned to me in Germany for parts which have been sold in exchange. Those core parts belonging to me.**

**The values below are core values:**

- 1 x Telescope unit  L39.7421.05     (190 USD)
- 1 x Hydraulic pump LUN 6101-8    (2000 USD)
- 1 x Inverter LUN 2456.01-8,     (1800 USD)
- 1 set of old hydraulic filters     (400 USD)
- 2 x damaged engine oil lines     (200 USD)