*"Annex G"*

**Betreff:** RE: L-39ZA (fwd) Mira Slovak
**Absender:** "Bernd Rehn" <Bernd.Rehn@T-Online.de>
**Empfänger:** <Bernd.Rehn@t-online.de>
**Datum:** 06. Nov 2005 11:17

---

```
---Ursprüngliche Nachricht---
From: "Bernd Rehn" <Bernd.Rehn@T-Online.de>
To: "John Berens" <basi@mahaska.org>
Subject: RE: L-39ZA (fwd)

John, Mira,

so get to together guys....

Mira Slovaks phone numbers are:

Home 561 865 0505
cell 561 573 6610
email: miraslovavia@hotmail.com

My portion on that would be 11,843.89 plus 5 % interest since June 2003:
at June 2004 = 12,436.084
at June 2005 = 13,057.88 + 204.27 till Act 2005
Total = right now = 13,265.15

attached a few pictures. Gun pod has been removed from the ZA.

Good luck !
Bernd


---Ursprüngliche Nachricht---
From: "Mira Slovak" <miraslovavia@hotmail.com>
To: <Bernd.Rehn@T-Online.de>
Subject: RE: L-39ZA

Bernd.
Unfortunately my ZA is still for sale. Trencin has some Slovakian people
interested in 3-4 airplanes /ZA/ for African country. S/N 911 has total
1460.38, SMO 335.01, engine  7.00 hrs, aircraft is in original conditions. I
would like to get back my investment, which is with the loan against the ZA.
My investment= 230.000 $. Plus, I must pay for Larry Gaylers  engine which
you have installed in this aircraft,/the amount Larry is asking for the
engine, we must ask Larry/ plus your payment for engine exchange. Or, I can
sell it without engine as long as your fees and mine investment are included
in the price.
Take care.
Mira.




>From: "Bernd Rehn" <Bernd.Rehn@T-Online.de>
>To: "Slovak Miroslav" <miraslovavia@hotmail.com>
>Subject: L-39ZA
>Date: 29 Sep 2005 05:47 GMT
>
>Mira,
>
```

**SCANNED**

>
>i know that Trencin is trying to sell your airplane, obviously with not
>much success.
>Is the plane still for sale?? I think yes, I have probably a customer for
>it in the US.
>
>Can you send me some specifications of the plane...thanks. Could be a very
>quick deal. The company which is interested in the plane purchased within
>the last 2 weeks a number of flyable L-39, i think they are at 6 or 7 now
>and still need more,
>Hopefully a solution that i can get my old money from the engine deal back
>somehow...
>
>Bernd
>
>


------
------

**Betreff:**   L-39
**Absender:** "Bernd Rehn" <Bernd.Rehn@T-Online.de>
**Empfänger:** <miraslovavia@hotmail.com>
**Datum:**   09. Nov 2005 16:45

---

Hi Mira,

Your plane is here at Palmer Airport now and I heard from Security Aviation that
they paid you the USD 230,000 for the plane plus the USD 13,265.15 for me.
Please transfer my money to my account:

US Bank
Minneapolis, MN
Routing No.: 091 000 022
Account No.: 8 73 43 23 71
Beneficiary: Aero-Contact

Postal Address:
US Bank
BC-MN-HO4H
Attn. Mr. Greger Svensson
800 Nicollet Mall
Minneapolis, MN, 55402
Phone: 612 303 3280

I also attached the old invoice to this email.

Best regards,
Bernd


John, Mira,

so get to together guys....

Mira Slovaks phone numbers are:

Home 561 865 0505
cell 561 573 6610
email: miraslovavia@hotmail.com

My portion on that would be 11,843.89 plus 5 % interest since June 2003:
at June 2004 = 12,436.084
at June 2005 = 13,057.88 + 204.27 till Act 2005
Total = right now = 13,265.15

---

**Anlagen:**    • 2003-064 engine Exchange.xls
              • 2003-045 inspection engine 708 252 2600080.xls

**Betreff:** FW:
**Absender:** "Mira Slovak" <miraslovavia@hotmail.com>
**Empfänger:** <bernd.rehn@t-online.de>
**Kopie-Empfänger:** <miraslovavia@hotmail.com>
**Datum:** 12. Nov 2005 17:38

```
>From: "Mira Slovak" <miraslovavia@hotmail.com>
>To: bernd.rehn@hotmail.com
>CC: miraslovavia@hotmail.com
>Date: Sat, 12 Nov 2005 11:32:05 -0500
>
>Bernd.
>I am at Goose Bay with engine problem. I am on my way to Italy, when I
>arrive at Florida I will close the most unprofessional transaction.
>Mira Slovak.
>
>
```

| | |
|---|---|
| **Betreff:** | RE: Final payment. |
| **Absender:** | "Jim Mendenhall" <jmendenhall@securityaviation.biz> |
| **Empfänger:** | "'Mira Slovak'" <miraslovavia@hotmail.com> |
| **Kopie-Empfänger:** | <Bernd.Rehn@T-Online.de> |
| **Datum:** | 07. Dec 2005 01:49 |

Mira,

I checked with Rob regarding the $3,000, he said it was held pending
delivery of the tanks and pylons.  I have instructed our mechanics to crate
Larry's tanks/pylons and send them to Thermal.   Once the crate arrives it
can be used to send our tanks and pylons along with the gun shroud back to
Alaska.

Upon receipt of your $8,000 check we will issue a check to B. Rehn.  We can
also give Bernd the balance of $3,000 once the tank/pylon exchange is
complete.

Jim

-----Original Message-----
From: Mira Slovak [mailto:miraslovavia@hotmail.com]
Sent: Tuesday, December 06, 2005 12:13 PM
To: jmendenhall@securityaviation.biz
Cc: miraslovavia@hotmail.com
Subject: Final payment.

Jim.
I am getting tired to continue insulting competition with B.Rehn, therefore
I am sending check for  $ 8.000.00  to Security Aviation, by mail.
I have been paid by Security Aviation  $240.000.00 and not $ 243.000.00  as
per gentlemen's agreement. The remaining $3.000.00 and the $ 8.000.00 total
of $11.000.00 can be paid to B. Rehn as I have agreed.
$ 2.000.00  I have paid to V. Hnatek for preparing the L-39-ZA 3911, for
ferry flight to Alaska. To verify, you have Hnateks phone Number.
What ever it is worth. " NO " I do not owe any money to Bernd Rehn: "LOT"
does, ask Larry Gayler.
The case is closed.
Regards.
Mira Slovak

# Ingenieurbüro Dipl.-Ing. B.Rehn

Doberschütz / Am Löschteich 3 / 6
02694 Malschwitz
Germany
+49 (0)3591 679710 Fax: +49 (0)3591 679721

**Invoice Nr.:** 2003-045

## *Rechnung / Invoice*

**Customer**

| | | | |
|---|---|---|---|
| Company | Mira Slovak Aviation | | |
| Address | P.O. BOX 480145 | | |
| ZIP | 33446-2210 | City | Delray Beach FL |
| Country | USA | | |
| Tel. | 561-865-2210 | | |

| | |
|---|---|
| Date | 31.07.2003 |
| Order # | W/O |
| by | Mr. M. Slovak |
| on | 02.07.2003 |
| by | email |

| QTY | Description | | | Price/Unit | TOTAL |
|---|---|---|---|---|---|
| | We charge you for the engine insp. on L39-ZA 633911 | | | USD | USD |
| | **Inspection** | | norm | | |
| 0,5 | Inspection day | July 14 | 700 USD/Day | 680,00 | 340,00 |
| 1 | Inspection day | July 15 | 700 USD/Day | 680,00 | 680,00 |
| 0,5 | Inspection day | July 16 | 700 USD/Day | 680,00 | 340,00 |
| | **Hotel** | | | | |
| 3 | Best Western Indio | | | 59,40 | 178,20 |
| | **Rental Car** | | | | |
| 1 | none | | | 0,00 | |
| | **Air Fare** | | | | |
| 0,25 | EU - US Round trip ticket | DRS MSP DRS | of € 1129 | 321,76 | 321,76 |
| | shared with 4 other parties | | | | |
| 0,33 | MSP - RNO - MSP | | of €430 | 141,90 | 141,90 |
| | shared with 3 other parties | | | | |
| | **Other** | | | | |

| | |
|---|---|
| Sub | 2001,86 |
| Transport | |
| VAT | |
| Total | 2001.86 |

**Please send check or wire to**
US Bank
Account: 873432371
ABA: 042 000 013
Beneficiary: Aero - Contact
**Mailing address :**
U.S. Bank
800 Nicollet Mall
BC-MN-HO4E
Minneapolis, MN 55402

Nur für interne Vermerke
UStID :DE 191551270

Thank you for your business !

# Ingenieurbüro Dipl.-Ing. B.Rehn

Doberschütz / Am Löschteich 3 / 6
02694 Malschwitz
Germany
+49 (0)3591 679710 Fax: +49 (0)3591 679721

**Invoice Nr.:** 2003-064

*Rechnung / Invoice* ▬

| Customer | | | | Date | 30.09.2003 |
|---|---|---|---|---|---|
| Company | Mira Slovak | | | Order # | W/O |
| Address | | | | by | Mr. M Slovak |
| ZIP | 1748 | City | Thermal Airport, Indio CA | on | 02.07.2003 |
| Country | USA | | | by | email |
| Tel. | | | | | |

| QTY | Description | | Price/Unit | TOTAL |
|---|---|---|---|---|
| | We charge you for the work on your  L39-ZA 633911 | | USD | USD |
| | **Engine exchange** | | | |
| 7 | days Jens Triebel | | 680,00 | 4760,00 |
| 7 | days Bernd Rehn | | 680,00 | 4760,00 |
| | **Hotel** | | | |
| | Best Western Indio | | | |
| 2 | Persons | | 476,98 | 953,96 |
| | **Rental Car** | | | |
| 1 | none | | | |
| | **Air Fare** | | | |
| 0,33 | Jens Triebel Germ - US Round trip ticket shared with 3  parties | 2.121,32 € | 2291,02 | 756,04 |
| 0,33 | Bernd Rehn Germ - RNO - Germany | 1.828,00 € | 1975,86 | 652,03 |
| | **Reduction** | | | |
| 3 | Days wasted time   (1,5 each) | | -680,00 | -2040,00 |

| | |
|---|---|
| Sub | 9842,03 |
| Transport | |
| VAT | |
| Total | 9842,03 |

**Please send check or wire to**
US Bank
Account: 873432371
ABA: 042 000 013
Beneficiary: Aero - Contact
**Mailing address :**
U.S. Bank
800 Nicollet Mall
BC-MN-HO4E
Minneapolis, MN  55402

Nur für interne Vermerke
UStID :DE 191551270
Tax ID 204/261/02766

Thank  you for your business !