# PROCESS RECEIPT AND RETURN
## U.S. Department of Justice
## United States Marshals Service

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

Stamp: MAY 1 - 2006 / CLERK U.S. DISTRICT COURT / ANCHORAGE, ALASKA

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| USA | 3:06-CV-057-JWS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ONE AERO VODOCHODY ALBATROS, et al. | Personal Service |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

MARK SHEETS (power of Attorney for Bernd Rehn)

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

23525 Greatland Circle, Chugiak, AK 99567

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

KATIE VOKE
United States Attorney's Office
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve the attached Notice of forfeiture on the above-referenced individual via U.S. Certified Mail, Return Receipt Requested.

CATS ID#s: 06-FBI-001750 (through 001757)

Signature of Attorney or other Originator requesting service on behalf of: Katie Voke — ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (907) 271-2304
DATE: 4/5/06

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 
District of Origin No. 6
District to Serve No. 6
Signature of Authorized USMS Deputy or Clerk
Date: 4/11/06

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
Date of Service | Time | am / pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

**REMARKS:** SENT CERTIFIED MAIL ON 4/20/06, CERTIFICATION # 7000 1530 0003 5118 5717
SIGNED RECEIPT ON 4/24/06 - SEE ATTACHED DOMESTIC RETURN RECEIPT.

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ .39 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | 0 |
| Total Postage & Fees | $ 4.64 |

Postmark: APR 2006, FEDERAL FINANCE STA. L.A., CA 90052, USPS

Article Number: 7000 1530 0003 5118 5717

MARK SHEETS, POWER OF ATTORNEY
FOR BERND REHN
23525 GREATLAND CIRCLE
CHUGIAK, AK 99567

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)*: Mark Sheets
B. Date of Delivery: 24 Apr 06
C. Signature: X _(signature)_ ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

MARK SHEETS, POWER OF ATTORNEY
FOR BERND REHN
23525 GREATLAND CIRCLE
CHUGIAK, AK 99567

3. Service Type:
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number *(Copy from service label)*: 7000 1530 0003 5118 5717

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952