U.S. Department of Justice
United States Marshals Service

RECEIVED

PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

Case 3:06-cv-00057-RRB    Document 3b    Filed 05/17/2006    Page 1 of 2

MAY 1 7 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| PLAINTIFF<br>USA | COURT CASE NUMBER<br>3:06-CV-057-JWS |
|---|---|
| DEFENDANT<br>ONE AERO VODOCHODY ALBATROS, et Al. | TYPE OF PROCESS<br>Personal Service |

| SERVE ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | BERND REHN |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>Ingenieurburo Dipl.-Ing. B. Rehn<br>Doberschutz /Am Loschteich 3/6 02694 Malschwitz Germany |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| KATIE VOKE<br>United States Attorney's Office<br>222 W. 7th Avenue, #9, Room 253<br>Anchorage, AK 99513-7567 | Number of process to be served with this Form - 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                          Fold

Please serve the attached Notice of forfeiture on the above-referenced individual via U.S. Certified Mail, Return Receipt Requested. (or other international w/ certified mail with Return receipt).

CATS ID #s:
06-FBI-001750 (through 001757)

| Signature of Attorney or other Originator requesting service on behalf of:<br>Katie Voke ~Katie Voke~ | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(907) 271-2304 | DATE<br>4/5/06 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. 6 | District to Serve<br>No. 6 | Signature of Authorized USMS Deputy or Clerk | Date<br>4/11/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) | | Date of Service<br>5/11/06 | Time<br>5:00 pm |
| | | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:    Sent Certified mail on 4/20/06. Certified # AA 090 056 411 US

See attached signed receipt on 5/6/06.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|



**U.S. Postal Service**
**RECORDED DELIVERY RECEIPT**
(International Mail Only; No Insurance Coverage Provided)

O F F I C I A L   U S E

DE-Germany

| | | |
|---|---|---|
| Postage | $ .84 | 0012 |
| Recorded Delivery Fee | 2.40 | |
| Return Receipt Fee (Endorsement Required) | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ 5.09 | |

Sent To  Bernd Rehn
Ingenieurburo Dipl.- ING. B. Rehn
Street, Apt. No.; or PO Box No.
DOBERSCHUTZ/AM LOSCHTEICH 3/6
City, State, ZIP+4, Country
02694 MALSCHWITZ GERMANY
PS Form 8099, May 2000          See Reverse for Instructions

---

| Item Description (Nature de l'envoi) | ☐ Article (Envoi recommandé) | ☐ Letter (Lettre) | ☐ Matter (Imprimé) | ☐ Other (Autre) | ☐ Recorded Delivery (Envoi à livraison attestée) | ☐ Express Mail International |
|---|---|---|---|---|---|---|
| Insured Parcel ☐ (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | | Article Number AA 090 056 411 US | | | |

| Office of Mailing (Bureau de dépôt) | Date of Posting (Date de dépôt) |
|---|---|
| | |

Addressee Name or Firm (Nom ou raison sociale du destinataire)
Bernd Rehn, Ingenieurburo Dipl. - Ing B. Rehn
Street and No. (Rue et No.)
Doberschutz/Am Loschteich
Place and Country (Localité et pays)
02694 Malschwitz      Germany

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to [...] regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This s[...] returned to the sender by the first mail.
(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur).

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

| | Date 06.05.06 | Postmark of the office of destination (Timbre du bureau de destination) |
|---|---|---|

Signature of Addressee (Signature du destinataire)
Office of Destination Employee Signature (Signature de l'agent du bureau du destination)