



RECEIVED *aero-contact*

MAY 2 2 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

- Beratung u. Projektierung
- Schulung
- Vermittlung u. Service
- Wartung v. Luftfahrzeugen
- Konversion u. Verwertung
- Vertrieb v. Ersatzteilen
- Flugunfalluntersuchung

Ingenieurbüro für Luftfahrtgeräte u. Technologie
Dipl.-Ing. Bernd Rehn – Doberschütz - Am Löschteich 3/6
02694 Malschwitz

Clerk of Court
United States District Court,
District of Alaska
222 W. 7th Avenue #4
Anchorage, AK 99513-7564
USA

**Dipl.- Ing. Bernd Rehn**
**Doberschütz**
**Am Löschteich 3/6**
**02694 Malschwitz**
**Germany**
Tel.     : +49 (0) 3591 6797-10
Fax     : +49 (0) 3591 6797-21
Mobil   : +49 (0) 172 2846690
e-mail  : info@aero-contact.com
Internet : www.aero-contact.com

| Ihr Zeichen / ihre Nachricht vom | mein Zeichen / meine Nachricht vom | ☎ Durchwahl (03591)- 6797-11 | Datum 15.05.2006 |

**Re: United States of America v. Security Aviation**
  **Case No. 3:06-cv-057-JWS**

Dear Ladies and Gentlemen,

This is to confirm that I received your letter of April 20, 2006 (forfeiture of the two fighter jets L-39 Tail No N395ZA S/N 132033 and N 1205W S/N 633911.

Herewith I would like to use this opportunity to confirm my claims against Security Aviation as indicated in my earlier letter to you, dated April 4, 2006.

Respectfully, yours

Bernd Rehn