NOTICE OF:

<u>UNITED STATES OF AMERICA v. ONE AERO VODOCHODY ALBATROS, et al.</u>
Case No. 3:06-cv-057-JWS

To all interested persons in the above-styled case, notice is hereby given that on March 10, 2006, the United States of America filed an action pursuant to 19 U.S.C. § 1595a and 49 U.S.C. § 80303, for the forfeiture of the following fighter jets: (1) ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NO. N394ZA, SERIAL NO. 132033; and (2) ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NO. N1205W, SERIAL NO. 633911.

Pursuant to 18 U.S.C. § 983(a)(4), all persons claiming an interest in this property must file a claim asserting such interest in the manner set forth in the Supplemental Rule C for Certain Admiralty and Maritime Claims, not later than 30 days after the final publication of this notice, or service of the Government's complaint for forfeiture, whichever is earlier. The claim shall identify the interest or right in the property and be signed by the claimant under penalty of perjury. All persons asserting an interest in the property shall also file an answer to the Government's complaint not later than 20 days after the date of the filing of the claim.

All such claims and answers must be filed with the Office of the Clerk, United States District Court, 222 W. 7th Avenue, Box 4, Room 229, Anchorage, AK 99513-7564, with a copy thereof sent to Assistant U.S. Attorney, James Barkeley, at 222 W. 7th Avenue, #9, Room 253, Anchorage, AK 99513-7567.

U.S. Department of Justice

United States Marshals Service
Asset Forfeiture Unit
255 E. Temple Street, Ste. 4128
Los Angeles, California 90012

Official Business
Penalty for Private Use $300



AA 090 056 411 US








BERND REHN
INGENIEURBURO DIPL. - ING B. REHN
DOBERSCHUTZ/AM LOSCHTEICH 3/6
02694 MALSCHWITZ   GERMANY

