# MIRA SLOVAK AVIATION

*RECEIVED*
*MAY 08 2006*
*CLERK U.S. DISTRICT COURT*
*ANCHORAGE, ALASKA*

6926 Skyline Drive
Delray Beach
Florida 33446
Telephone 561-865-0505
miraslovavia@hotmail.com

**RECEIVED**

May 3, 2006
Officers of the United States District Court:

MAY 2 2 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Please accept the following information as a claim against aircraft N1205W serial #633911.

- AL-25TL "0" time motor serial #905252000102 as described in special condition addendum 1 dated 10-28-2005.    Value $160,000.00
- Two 30 gallon under wing tanks.    Value $ 10,000.00
- Two pylons for under wing tanks.    Value $ 16,000.00
- Allowance for Bernd Rehm set aside for repair performed prior to original sale of 10-28-2005.    Value $ 11,000.00

Total claim for the above mentioned aircraft is $197,000.00

*Mira Slovak*

CASE NO: 3:06-CV-057-JWS