## AIRCRAFT PURCHASE AGREEMENT
## L-39ZA N1205W, sn. 633911
## ADDENDUM 1

**RECEIVED**

MAY 2 2 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**SPECIAL TERMS AND CONDITIONS:**

An engine type AL-25TL – "0" time yellow tag will be sent to the seller within six (6) calendar months of the date of aircraft sale to replace the borrowed motor, serial # 905252000102, or equal value in cash as determined by both parties.

Mira Slovak – MS Aviation, Inc., Seller

By: _____
Mira Slovak, President
6926 Skyline Drive
Delray Beach, FL 33446

Date: 10-28-2005

Regional Protective Services, Purchaser

By: _____
agent   Mark J. Avery, CEO
for:   3230 C St. Suite 100
Anchorage, AK 99503

Date: 10/28/2005

**CASE NO: 3:06-cv-057-JWS**