**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| USA | 3:06-CV-057-JWS |
| **DEFENDANT** | **TYPE OF PROCESS** |
| ONE AERO VODOCHODY ALBATROS, et al. | Publication |

RECEIVED
MAY 25 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA
(907) 257-4000

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ANCHORAGE DAILY NEWS

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1001 Northway Drive, Anchorage, AK 99508

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

KATIE VOKE
United States Attorney's Office
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.: 2

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please publish the attached Notice of forfeiture in the above-referenced newspaper once a week for 3 consecutive weeks.

CATS ID#s: 06-FBI-001750, 1754, 1755, 1756,

Signature of Attorney or other:
Katie Voke, redacted signature
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (907) 271-2304
DATE: 4/5/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 
District of Origin No. 6
District to Serve No. 6
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 4/11/06

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Date of Service: 5/18/06
Time: 4:30 pm
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

**REMARKS:** Published in Anchorage Daily News.
Publication Dates: 04/24, 5/1/06 & 5/8/06.

**PRIOR EDITIONS MAY BE USED**  **1. CLERK OF THE COURT**  FORM USM-285 (Rev. 12/15/80)

**Anchorage Daily News**
**Affidavit of Publication**
1001 Northway Drive, Anchorage, AK 99508

RECEIVED
5/10/2006

MAY 2 5 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| AD # | DATE | PO | ACCOUNT | PRICE PER DAY | OTHER CHARGES | OTHER CHARGES #2 | OTHER CHARGES #3 | OTHER CHARGES #4 | OTHER CHARGES #5 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 774797 | 04/24/2006 | | USMA1106 | $113.76 | | | | | | |
| | 05/01/2006 | | USMA1106 | $113.76 | | | | | | |
| | 05/08/2006 | | USMA1106 | $113.76 | | | | | | |
| | | | | $341.28 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $341.28 |

STATE OF ALASKA
THIRD JUDICIAL DISTRICT

Christine Clark, being first duly sworn on oath deposes and says that she is an advertising representative of the Anchorage Daily News, a daily newspaper.

That said newspaper has been approved by the Third Judicial Court, Anchorage, Alaska, and it now and has been published in the English language continually as a daily newspaper in Anchorage, Alaska, and it is now and during all said time was printed in an office maintained at the aforesaid place of publication of said newspaper. That the annexed is a copy of an advertisement as it was published in regular issues (and not in supplemental form) of said newspaper on the above dates and that such newspaper was regularly distributed to its subscribers during all of said period. That the full amount of the fee charged for the foregoing publication is not in excess of the rate charged private individuals.

Signed _____

Subscribed and sworn to me before this date:

May 15, 2006

Notary Public in and for the State of Alaska.
Third Division. Anchorage, Alaska

MY COMMISSION EXPIRES: 09/12/2007

_Kimberly A. Kim_____

**NOTICE OF UNITED STATES OF AMERICA v. ONE AERO VODOCHODY ALBATROS, et al.**
Case No. 3:06-cv-057-JWS

To all interested persons in the above-styled case, notice is hereby given that on March 10, 2006, the United States of America filed an action pursuant to 19 U.S.C. § 1595a and 49 U.S.C. § 80303, for the forfeiture of the following fighter jets: (1) ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NO. N394ZA, SERIAL NO. 132033; and (2) ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NO. N1205W, SERIAL NO. 633911.

Pursuant to 18 U.S.C. § 983(a)(4), all persons claiming an interest in this property must file a claim asserting such interest in the manner set forth in the Supplemental Rule C for Certain Admiralty and Maritime Claims, not later than 30 days after the final publication of this notice, or service of the Government's complaint for forfeiture, whichever is earlier. The claim shall identify the interest or right in the property and be signed by the claimant under penalty of perjury. All persons asserting an interest in the property shall also file an answer to the Government's complaint not later than 20 days after the date of the filing of the claim.

All such claims and answers must be filed with the Office of the Clerk, United States District Court, 222 W. 7th Avenue, Box 4, Room 229, Anchorage, AK 99513-7564, with a copy thereof sent to Assistant U.S. Attorney, James Barkeley, at 222 W. 7th Avenue, #9, Room 253, Anchorage, AK 99513-7567.

Pub: 4/24, & 5/1, 8, 2006