# G. LARRY GAYLER

P.O. BOX 403 ~ THERMAL, CA 92274
PH (760) 399-5308 ~ FAX (760) 399-4210





May 10, 2006
Officers of the United States District Court:
Case No. 3:06-cv-057-JWS

Please accept the following information as a claim against aircraft N1205W serial
#633911.

- AL-25TL "0" time motor serial #905252000102 as described in special condition
  addendum 1 dated 10-28-2005.                    Value $160,000.00
- Two 30 gallon under wing tanks.                  Value $  10,000.00
- Two pylons for under wing tanks.                 Value $  16,000.00

Total claim for the above mentioned aircraft is $ 186,000.00

Thank you,

G. Larry Gayler