## AIRCRAFT PURCHASE AGREEMENT
## L-39ZA N1205W, sn. 633911
## ADDENDUM 1



**SPECIAL TERMS AND CONDITIONS:**

An engine type AL-25TL – "0" time yellow tag will be sent to the seller within six (6) calendar months of the date of aircraft sale to replace the borrowed motor, serial # 905252000102, or equal value in cash as determined by both parties.

Mira Slovak – MS Aviation, Inc., Seller      Regional Protective Services, Purchaser

By: _____             By: _____
    Mira Slovak, President                          agent   Mark J. Avery, CEO
    6926 Skyline Drive                              for:    3230 C St. Suite 100
    Delray Beach, FL 33446                              Anchorage, AK 99503

Date: 10-28-2005                              Date: 10/28/2005