# USED MILITARY SURPLUS AIRCRAFT
## AFFIDAVIT AND ACKNOWLEDGEMENT OF DELIVERY

**RECEIVED MAY 26 2006 CLERK U.S. DISTRICT COURT ANCHORAGE ALASKA**

SELLER:         Mira Slovak – MS Aviation, Inc.

PURCHASER:      Regional Protective Services, LLC

AIRCRAFT:       Aircraft model:         Aero L-39ZA
                Aircraft Manufacturer:  Aero Vodohody
                Year Manufactured:      1986
                Aircraft Serial Number: 633911
                FAA Registration Number: N1205W

DATE OF DELEVERY: 10/28/2005   TIME OF DELEVERY 0900

TIME OF INSPECTION AND DELEVERY:
10/26-27/2005

PURCHASER, INDIVIDUALLY OR BY REPRESENTATIVE, ACKNOWLEDGES UNDER OATH [ALL SHOULD BE INITIALED]:

[Initials] Purchaser has received physical delivery of the above-described Aircraft and related bill of sale at the stated location and for use outside of California.

[Initials] The Aircraft confirms to the requirements of the purchase agreement and is accepted in accordance with the terms and conditions of that Agreement and the General conditions provided with this Acknowledgement.

[Initials] Purchaser acknowledges that PURCHASER HAS OBTAINED SUCH HULL, LIABILITY AND OTHER INSURANCE ON THE AIRCRAFT AS PURCHASER DESIRES. All risk of loss is with purchaser.

[Initials] Seller has made full delivery of the Aircraft, components and other items, and there are no further obligations of seller other than provide the Following [IF BLANK THERE ARE NONE]:
Ship 96gal Forks

(margin note: received canopy cover to be priced)

Witness to delivery at the
Above-designated location:
[signature]

Subscribed and sworn to before me
This 28 day of OKT., 2005.

PURCHASER
RPS,
By: [signature]
Title: agent / delivery pilot
Address: Anchorage AK c/o Security Aviation