# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA  v.  ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N405ZA, SERIAL NUMBER 332647 et al

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                        CASE NO.  3:06-cv-00057 JWS
Linda Christensen

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**         DATE: June 15, 2006

---

    Judge John W. Sedwick hereby recuses himself from the above-referenced case.  Pursuant to the system of random case assignments, this action is reassigned to Judge Ralph R. Beistline for all further proceedings.  Please use the following case number on all future filings: 3:06-cv-00057 RRB.

[]{IQ2.WPD*Rev.12/96}