# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| USA | 3:06-cv-057-RRB |
| **DEFENDANT** | **TYPE OF PROCESS** |
| ONE AERO VODOCHODY ALBATROS, et al. | Personal Service |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

KEVIN FITZGERALD (counsel for Robert Kane)

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Ingaldson, Maassen & Fitzgerald, PC
813 W. 3rd Avenue, Anchorage, AK 99501     (907) 258-8750

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

KATIE VOKE
United States Attorney's Office
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

RECEIVED JUN 26 2006 CLERK, U.S. DISTRICT COURT ANCHORAGE, ALASKA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve the attached Notice of forfeiture on the above-referenced individual via U.S. Certified Mail, Return Receipt Requested.

CATS ID #s: 06-FBI-001750 (through 001757).

Signature of Attorney or other Originator requesting service on behalf of:
Katie Voke  /s/ Katie Voke
☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (907) 271-2304
DATE: 4/5/06

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: —
District of Origin No. 6
District to Serve No. 6
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 4/11/06

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 6/8/06
Time: 4:50 pm

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**REMARKS:** Sent Certified Mail on 4/20/06, #7000 1530 0003 5117 8863.

See attached confirmation.

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)

**Tu, Anh (USMS)**

From:
Sent:
To:
Subject:

This is a post-only message. Please do not respond.

Anh Tu has requested that you receive the current Track & Confirm information, as shown below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 7000 1530 0003 5117 8863

Service Type: Certified

| Shipment Activity | Location | Date & Time |
| --- | --- | --- |
| Delivered | ANCHORAGE AK 99501 | 04/24/06  2:37pm |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm



1