DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone:  (907) 271-3699
Fax:   (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone:  (907) 271-5071
Fax:   (907) 271-1500
Email: steven.skrocki@usdoj.gov
Alaska Bar No. 0108051

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  3:06-cv-00057-RRB |
| | ) | |
| Plaintiff, | ) | **MOTION FOR DISMISSAL BY** |
| | ) | **ORDER OF COURT** |
| v. | ) | |
| | ) | |
| ONE AERO VODOCHODY | ) | |
| ALBATROS L-39 AIRCRAFT, TAIL | ) | |
| NUMBER N405ZA, SERIAL | ) | |
| NUMBER 332647 et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(2) hereby moves this Court for an order dismissing this action without prejudice.

Three claimants (Bernd Rehn, Mira Slovak and G. Larry Gayler) have filed statements of interest herein, alleging that they are creditors of Security Aviation or related companies, owed hundreds of thousands of dollars for services and/or parts connected to these aircraft. Given the prospect of: (1) protracted, expensive litigation in this case (even under the lesser "preponderance" standard, as compared to the standard applicable at the criminal trial); (2) the concomitant costs involved in storing and maintaining aircraft; and (3) the diminishing estimated value of these two aircraft, in light of information developed during the related criminal investigation and trial (such as the testimony by witnesses for both parties that the aircraft were not airworthy) the government believes that this action should be dismissed because it would be economically wasteful to pursue this litigation in light of the foregoing. Dismissal will allow Security Aviation to resolve its creditor disputes with Rehn, Slovak and Gayler free of any encumbrance by the government.

//

Nevertheless, it must be stated that the government's investigation into conduct other than that charged in criminal case 3:06-cr-00022 is ongoing, and, for that reason, the government requests that the order be issued without prejudice.

DATED this 3rd day of July, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

s/Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
Alaska Bar No. 0108051

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy
of the foregoing were sent via <u>electronic service</u> this <u>3rd</u> day of July, 2006, to:

Robert Bundy

Allen Clendaniel

Spencer C. Sneed

<u>s/James Barkeley</u>