IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cv-00057-RRB |
| | ) | |
| Plaintiff, | ) | **ORDER (proposed)** |
| | ) | |
| v. | ) | |
| | ) | |
| ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N405ZA, SERIAL NUMBER 332647 et al. | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Having considered the Government's Motion for Dismissal by the Court, IT IS HEREBY ORDERED that the Government's request is **GRANTED**.

IT IS SO ORDERED.

DATED this ___ day of July, 2006 in Anchorage, Alaska.

_____
UNITED STATES DISTRICT JUDGE