DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone:  (907) 271-3699
Fax:   (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cv-057-JWS |
| | ) | |
| Plaintiff, | ) | **UNITED STATES' MOTION** |
| v. | ) | **ON SHORTENED TIME** |
| | ) | **FOR ORDER TO UNITED STATES** |
| ONE AERO VODOCHODY | ) | **MARSHALS SERVICE IN** |
| ALBATROS L-39 AIRCRAFT, TAIL | ) | **FURTHERANCE OF ORDER AT** |
| NUMBER N405ZA, SERIAL | ) | **DOCKET NUMBER 41** |
| NUMBER 332647; et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through counsel, and hereby moves this Court to issue an order expressing directing the United States Marshals Service ("USMS") to immediately return to Security Aviation or its designee(s) the following two remaining aircraft, and all spare parts in the possession of the USMS:

      1.     ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N405ZA, SERIAL NUMBER 332647 (D-1); and

      2.     ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX397ZA, SERIAL NUMBER 232412 (D-4).

The USMS has advised this office that this Court's order of dismissal at docket 41 is insufficient; i.e., although it granted the government's request that the airplanes be returned and the action be dismissed, the order lacked the express direction to return the aircraft. The USMS also indicated that a USM Form 285 completed by this office, requesting release of the airplanes pursuant to the order at docket 41, would also be insufficient. Such direction has been incorporated into the attached proposed order. The government apologizes for any inconvenience to the Court.

      DATED this 2nd day of August, 2006 in Anchorage, Alaska.

                              DEBORAH M. SMITH
                              Acting United States Attorney

                              s/James Barkeley
                              JAMES BARKELEY
                              Assistant U.S. Attorney
                              Federal Building & U.S. Courthouse
                              222 W. 7th Avenue, #9, Room 253
                              Anchorage, AK 99513-7567
                              Phone: (907) 271-3699
                              Fax: (907) 271-1500
                              Email: jim.barkeley@usdoj.gov
                              Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the foregoing U.S.' MOTION FOR ORDER RELEASING AIRCRAFT was sent electronically this 2nd day of August, 2006, to:

**MIRA SLOVAK**
MS Aviation, Inc.
6926 Skyline Drive
Delray Beach, FL 33446

**BERND REHN**
Ingenieurburo Dipl.–Ing. B. Rehn
Doberschutz/Am Loschteich 3/6
02694 Malschwitz Germany

**MARK SHEETS**
23525 Greatland Circle
Chugiak, AK 99567
(Power of Attorney for Bernd Rehn)

**LOUISE MA**
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111

**PAUL STOCKLER** (for Robert Kane)
Attorney At Law
1309 W. 16th Avenue
Anchorage, AK 99501

**KEVIN FITZGERALD** (for Robert Kane)
Ingaldson, Maassen & Fitzgerald, PC
813 W. 3rd Avenue
Anchorage, AK 99501

**ROBERT C. BUNDY** (for Security Aviation)
**SPENCER C. SNEED**
**ALLEN CLENDANIEL**
Dorsey & Whitney, LLP
1031 W. 4th Avenue, Suite 600
Anchorage, AK 99501-5907

s/James Barkeley