IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cv-057-JWS |
| ) | |
| Plaintiff, ) | **ORDER DIRECTING RELEASE** |
| v. ) | **BY UNITED STATES MARSHALS** |
| ) | **SERVICE OF AIRCRAFT AND PARTS** |
| ONE AERO VODOCHODY ) | **TO SECURITY AVIATION** |
| ALBATROS L-39 AIRCRAFT, TAIL ) | **PURSUANT TO ORDER AT** |
| NUMBER N405ZA, SERIAL ) | **DOCKET 41** |
| NUMBER 332647; et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Having considered the government's motion requesting release of the remaining two aircraft and parts pursuant to the order at docket 41, IT IS HEREBY ORDERED that the United States Marshals Service ("USMS") is directed to immediately return to Security Aviation or its designee(s) the following two remaining aircraft, and all spare parts in the possession of the USMS:

1. ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER N405ZA, SERIAL NUMBER 332647 (D-1); and

2. ONE AERO VODOCHODY ALBATROS L-39 AIRCRAFT, TAIL NUMBER NX397ZA, SERIAL NUMBER 232412 (D-4).

DATED: August 3, 2006

HON. RALPH R. BEISTLINE
United States District Judge