USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 3:06-cv-00057-RRB   Document 44   Filed 08/18/2006   Page 1 of 1

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**

| | |
|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>3:06-cv-057-JWS |
| DEFENDANT<br>ONE AERO VODOCHODY ALBATROS, et al. | TYPE OF PROCESS<br>Release Property |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Security Aviation

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

RECEIVED
AUG 18 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KATIE VOKE
United States Attorney's Office
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

Number of process to be served with this Form 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Please release the following two remaining aircraft, and all spare parts in USMS' possession, to Security Aviation or its designee(s):
(1) AERO VODOCHODY ALBATROS L-39 AIRCRAFT, Tail #N394ZA, Serial #132033 (06-FBI-001750); and
(2) AERO VODOCHODY ALBATROS L-39 AIRCRAFT, Tail #N1205W, Serial #633911 (06-FBI-001754).
Fold

| Signature of Attorney other Originator requesting service on behalf of:<br>Katie Voke | X PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(907) 271-2304 | DATE<br>8/10/06 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date<br>8-11-06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Security Aviation - Dane Kurtz

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above)
FXXI Hangar - Steve Siebes
4610 W. Int'l Airport Rd
Anchorage, AK 99516

Date of Service: 8-11-06    Time: 11:00 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLNG STATEMENT*. To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 07/06